**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: DD#04004
PAGE 1 OF 50

2. CONTRACT NO.:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: SP0200-04-R-0005
6. SOLICITATION ISSUE DATE: JAN 14, 2004

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: ANNA PODLAS
b. TELEPHONE NUMBER (No collect calls): (215) 737-5768
8. OFFER DUE DATE/LOCAL TIME: 2-13-2004 / 3:00

9. ISSUED BY — CODE SP0200
DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MGAA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111-5092
ATTN: A. PODLAS (DSCP-MGAA-PGC)

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC: 325414
SIZE STANDARD: 750

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS:

[X] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING: DO-C9

14. THIS ACQUISITION IS [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE
SEE SCHEDULE

16. ADMINISTERED BY — CODE
Will be established at time of award

17a. CONTRACTOR/OFFEROR — CODE — FACILITY CODE
General Injectables & Vaccines, Inc.
P.O. Box 9
Bastian, Va 24314
TELEPHONE NO. 800-270-2273

18a. PAYMENT WILL BE MADE BY — CODE
Will be established at time of award

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED
[ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE ATTACHED PAGES | | | | |
| | *(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA:
26. TOTAL AWARD AMOUNT (For Govt. Use Only):

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED.
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ONE COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: James W. Short (signature)
30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT): James W. Short, Vice Pres.
30c. DATE SIGNED: 2/13/04

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER [ ] PARTIAL [ ] FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE SIGNED

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE SIGNED

42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)

PerFORM DLA

STANDARD FORM 1449 (EG) (10-95)
Prescribed by GSA FAR (48 CFR) 53.212

| | |
|---|---|
| Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, DC 20405. | OMB No.: 90000-0136<br>Expires: 09/30/98 |

TABLE OF CONTENTS
FOR

SOLICITATION: SP0200-04R-0005


| TITLE | PAGE |
|---|---|
| **Caution Notice** (if any) | None |
| **Standard Form (SF) 1449,** Solicitation/Contract/Order for Commercial Items | 1 |
| **Solicitation Response Sheet for No Offer** | 4 |
| **Continuation of any block(s) from SF 1449--** | |
| **Block 8** - Offer Due Date/Local Time | 5 |
| **Block 17b** - Remittance Address | 5 |
| **Blocks 19-24** - Schedule of Supplies/Services/Prices | 6-8 |
| **Contract Clauses--** | |
| 1. **FAR clause 52.212-4,** *Contract Terms and Conditions--Commercial Items* | 9 |
| 2. **Addendum to 52.212-4** | 9-17 |
| 3. **FAR clause 52.212-5,** *Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items* | 18-20 |
| 4. **Addendum to 52.212-5** **DFARS clause 252.212-7001** *Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of Commercial Items* | 21-22 |
| **Any contract documents, exhibits or attachments--** | 23-29 |
| **Solicitation Provisions--** | |
| 1. **FAR provision 52.212-1,** *Instructions to Offerors--Commercial Items* | 30-34 |
| 2. **Addendum to 52.212-1** (b) Submission of Offers (c) Period for acceptance of offers (e) Multiple offers (h) Multiple Awards | 34-38 |
| 3. [ ] **FAR provision 52.212-2,** *Evaluation--Commercial Items* | |
| [ ] **Addendum to 52.212-2.** *Evaluation Criteria (Continuation Sheet)* | |
| 4. **FAR provision 52.212-3,** *Offeror Representations and Certifications - Commercial Items* | 39-45 |
| 5. **Addenda to 52.212-3** **DFARS provision 252.212-7000,** *Offeror Representations and Certifications--Commercial Items* | 46-50 |

SOLICITATION NUMBER: SP0200-04R-0005 

FOR: INFLUENZA VIRUS VACCINE 2004/2005 SEASON

OFFER DUE DATE/LOCAL TIME: FEB 13, 2004 / 3:00 PM LOCAL TIME

[ ] CANNOT COMPLY WITH SPECIFICATION

[ ] CANNOT MEET DELIVERY REQUIREMENT

[ ] NO OPEN PRODUCTION CAPACITY AT PLANT

[ ] DO NOT REGULARLY MANUFACTURE OR SELL TYPE OF ITEMS INVOLVED

[x] OTHER (SPECIFY) May have to alter delivery schedule outlined in bid due to releases of vaccine.

[ ] WE DO [ ] WE DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE OF ITEM(S) INVOLVED

NAME AND ADDRESS OF FIRM (INCLUDE ZIP CODE)

General Injectables & Vaccines, Inc.
P.O. Box 9
Bastian, VA 24314

TYPE OR PRINT NAME AND TITLE OF SIGNER

James W. Short, Vice President

SIGNATURE James W Short

**ADDENDUM TO STANDARD FORM 1449**

1. Continuation of Block 8

Offer Due Date/Local Time: FEB 13, 2004 / 3:00 PM LOCAL TIME

2. Continuation of Block 17a:

Offeror's assigned DUNS Number: 10 8250663.

3. Continuation of Block 17b:

Remittance Address is: General Injectables & Vaccines, Inc.
c/o Mellon Bank
Box 223028
Pittsburgh, PA 15251-2028

*Note: The Government will mail checks to this address only in the event of an Electronic Funds Transfer (EFT) failure, pursuant to 52.232-33 (which is incorporated by reference at 52.212-5(b)(24)).*

4. CAGE Number: 65307

5. Are you registered with the Central Contractor Registration (CCR) database?

Yes [ x] No [ ]

*(If you have not registered or your registration has expired, please visit the website at www.ccr.gov)*

ADDENDUM TO STANDARD FORM 1449 (continued)

6. Continuation of Blocks 19-24:

## SCHEDULE OF SUPPLIES/SERVICES

Annual requirements are estimated at 3,588,050 Million doses. The Government reserves the right to award all or some of the following line items. The Government also reserves the right to make split awards for all or some of the listed items.

**ITEM NO.** **DESCRIPTION**
**0001** **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

**0001AA**
*ANNUAL ESTIMATED QUANTITY: ~~319,180 Vials~~ (or 3,191,800 doses)
347,680 Vials

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $__________

**ITEM NO.** **DESCRIPTION**
**0002** **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals 6 months of age and older)

**0002AA**
*ANNUAL ESTIMATED QUANTITY: 28,500 Vials (or 285,000 doses)

UNIT: VI

UNIT PRICE: $__________/Vial

TOTAL: $__________

6. Continuation of Blocks 19-24:

SCHEDULE OF SUPPLIES/SERVICES (CONTINUED)

**ITEM NO.** **DESCRIPTION**
**0003** **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

**0003AA**
*ANNUAL ESTIMATED QUANTITY: 11,125 Packages (or 111,250 doses)

UNIT: PG

UNIT PRICE: $NO BID /Package

TOTAL: $________

***FIRM ORDERS SHALL BE PROVIDED NO LATER THAN MAY 15, 2004.**

**GUARANTEED MINIMUM:**
Any resultant contract will have a guaranteed dollar minimum. That guaranteed dollar minimum will be 5% of the estimated dollar value. For example, if the total estimated dollar value of all awarded CLINS is $100,000.00, then the Government guarantees that during the duration of the contract, at least $5,000.00 worth of delivery orders will be issued under the duration of the contract.

ANNUAL MAXIMUM QUANTITY:
Offerors on the present solicitation for an "Indefinite Quantity Contract (IQC)" are cautioned that the "annual estimated quantity" is the most realistic quantity expected to be ordered. The "annual maximum" is an inflated figure necessitated by Government concerns for continued contract coverage in spite of erratic or unforecasted demands. Offers should be based on the "annual estimated quantity".
CLIN 0001: Annual Maximum Quantity: 638,360 vials
CLIN 0002: Annual Maximum Quantity: 57,000 vials
CLIN 0003: Annual Maximum Quantity: 22,250 packages

SPLIT AWARDS:
The Government intends to split the award of Line Item 0001, only, based on a 70/30 split (The Government, however, still reserves the right to award 100% of the quantity to one offeror should circumstances warrant.) The lowest responsible/responsive offeror will be awarded 70% of the total quantity of Line Item 0001. The second lowest responsible/responsive offeror will be awarded 30% of the total quantity. This split must be awarded to two different vendors offering vaccine from two different manufacturers.

DELIVERY: 50% of each CLIN quantity during the month of September 2004. Equal quantity shipments are requested every week or every two weeks during Sept 2004.
50% of each CLIN quantity during the month of October 2004. Equal quantity shipments are requested every week or every two weeks during Oct 2004.

6. **Continuation of Blocks 19-24:**

**SHIP-TO LOCATIONS:**
(Contract must call 800-307-8496 to schedule delivery)
ST3101
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

OR:

Anywhere within the Continental limits of the United States ( See individual Delivery Order)

**FOB:** DESTINATION

**INSPECTION/ACCEPTANCE:** DESTINATION

## 52.212-4 CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS (OCT 2003)

*This clause is now incorporated by reference. The full text may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm. Once you arrive at this website, click on the Hill AFB FAR link, then click on 52.000 (located on the left-hand side of the page). Scroll down until you reach 52.212-4.*

## ADDENDUM TO 52.212-4

1. **Addenda to 52.212-4(g)**

The invoicing and payment office for orders/contracts issued by DSCP-Medical shall be as follows:

Normal Mail Delivery: **DFAS-Columbus Center**
**ATTN: DFAS-BVDPII/CC**
**P.O. BOX 182317**
**COLUMBUS, OHIO 43218-6248**

Overnight Delivery: **DFAS-Columbus Center**
**ATTN: DFAS-BVDPII/CC**
**3990 EAST BROAD STREET**
**BUILDING 21**
**COLUMBUS, OHIO 43213-1152**

2. Addenda to 52.212-4(i)

Substitute the following for the first sentence:

[X] Fast Payment procedures apply to all Direct Vendor Delivery (DVD) delivery orders, regardless of dollar value, issued against this indefinite-delivery contract. The clause at 52.213-1, *Fast Payment Procedure*, is hereby incorporated by reference.

[ ] Fast Payment procedures apply to all Direct Vendor Delivery (DVD) orders $25,000 or less. The clause at 52.213-1, *Fast Payment Procedure*, is hereby incorporated by reference. NOTE: Fast Pay also applies to any order, regardless of dollar value, that requires direct shipment overseas.

3. CONTRACT CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD and DSCP solicitation clause may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm or obtained from the Contracting Officer. The clauses listed below are incorporated by reference only when checked.

ADDENDUM TO 52.212-4 (continued)

| CLAUSE NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [X] 252.204-7004 | *REQUIRED CENTRAL CONTRACTOR REGISTRATION (CCR)* | NOV 2001 | DFARS |
| [X] 52.211-9004 | *PRIORITY RATING FOR VARIOUS LONG-TERM CONTRACTS* | MAR 2000 | DLAD |
| [X] 52.211-9008 | *BARCODING REQUIREMENTS FOR DIRECT VENDOR DELIVERY (DVD) SHIPMENTS* | DEC 2001 | DLAD |

*(Applies to all Direct Vendor Deliveries, i.e., supplies shipped directly to a customer or through a port or government Container Consolidation Point to a customer. This does not apply to depot stock deliveries.)*

| | | | |
|---|---|---|---|
| [ ] 52. 217-9006 | *LIMITATIONS ON USE OF SURGE AND SUSTAINMENT (S&S) INVESTMENTS* | JUL 1999 | DLAD |
| [X] 52.239-9000 | *YEAR 2000 (Y2K) COMPLIANCE NOTICE* | JUN 2002 | DLAD |
| [X] 52.216-1 | Type of Contract<br>Firm Fixed Price Indefinite Quantity Contract | Apr 1984 | FAR |
| [X] 52.246-2 | Inspection of Supplies--Fixed-Price | Aug 1996 | FAR |
| [X] 52.246-15 | Certificate of Conformance | Apr 1984 | FAR |
| [X] 52.247-34 | F.O.B. Destination | Nov 1991 | FAR |
| [X] 52.219-16 | Liquidated Damages - Small Business Subcontracting Plan | Jan 1999 | FAR |

4. THE FOLLOWING ADDITIONAL CLAUSES ARE INCORPORATED IN FULL TEXT:

[ X ] 52.216-18 *ORDERING* (Oct 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through May 15, 2004.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

**ADDENDUM TO 52.212-4 (continued)**

[ X ] 52.216-19 *ORDER LIMITATIONS* (Oct 1995)

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount of less than 10 doses, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) *Maximum order*. The Contractor is not obligated to honor --

(1) Any order for a single item in excess of 200% of CLIN Annual Est Qty;

(2) Any order for a combination of items in excess of ______________; or

(3) A series of orders from the same ordering office within ______days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (*i.e.*, includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 2 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

[ X ] 52.216-22 *INDEFINITE QUANTITY* (Oct 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 1 year after basic contract award date.

ADDENDUM TO 52.212-4 (continued)

[X] 52.212-9000 *CHANGES--MILITARY READINESS* (MAR 2001) DLAD

The commercial changes clause at FAR 52.212-4(c) is applicable to this contract in lieu of the changes clause at FAR 52.243-1. However, in the event of a Contingency Operation or a Humanitarian or Peace Keeping Operation, as defined below, the contracting officer may, by written order, change 1) the method of shipment or packing, and 2) the place of delivery. If any such change causes an increase in the cost of, or the time required for performance, the contracting officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract. The contractor must assert its right to an adjustment within 30 days from the date of receipt of the modification.

"Contingency operation" means a military operation that-

(i) Is designated by the Secretary of Defense as an operation in which members of the armed forces are or may become involved in military actions, operations, or hostilities against an enemy of the United States or against an opposing military force; or

(ii) Results in the call or order to, or retention on, active duty of members of the uniformed services under 10 U.S.C. 688, 12301(a), 12302, 12304, 12305, or 12406, Chapter 15 of U.S.C., or any other provision of law during a war or during an national emergency declared by the President or Congress (10 U.S.C. 101(a)(13)).

"Humanitarian or peacekeeping operation" means a military operation in support of the provision of humanitarian or foreign disaster assistance or in support of peacekeeping operation under Chapter VI or VII of the Charter of the United Nations. The term does not include routine training, force rotation, or stationing. (10 U.S.C. 2302 (8) and 41 U.S.C. 259 (d) (2) (B)).

[X] 52.233-9001 *DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION* (JUN 2001) DLAD

(a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR is unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.
(b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the contractor (see FAR 52.233-1), or, for the Agency, by the contracting officer, and approved at a level above the contracting officer after consultation with the ADR Specialist and with legal counsel (see DLA Directive 5145.1 <http://160.147.217.67/SR2.htm>). Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the contracting officer before determining ADR to be inappropriate.
(c) If you wish to opt out of this clause, check here [ ]. Alternate wording may be negotiated with the contracting officer.

ADDENDUM TO 52.212-4 (continued)

[X] 52.252-9P11 *EFFECTIVE DATE OF UNDATED REGULATORY PROVISIONS AND CLAUSES* (AUG 1996) DSCP

The effective date of any undated regulatory provision or clause applicable to this solicitation shall be the date of the provision/clause in effect at the time of solicitation issuance, as published in either the Federal Acquisition Regulation (FAR) or the Defense FAR Supplement (DFARS), unless otherwise specified.

**[X] 52.246-9P12 INSPECTION AND ACCEPTANCE BY THE GOVERNMENT (JAN 1992)**

(a) Saving and reserving to the Government all rights under the inspection provision, the following is applicable to this acquisition:

| Inspection at | Acceptance at |
|---|---|
| [ ] Contractor's Plant | [ ] Contractor's Plant |
| [X] Destination | [X] Destination |

upon execution of DD Form 250 by the authorized Government representative.

(b) Resultant award or contract will contain the name and address of the office responsible for performance of inspection.

(c) Offeror shall indicate below the location where supplies will be inspected:
Plant: General Injectables & Vaccines, Inc.
Street: Highway 21-52, Terrace Hill
City/St/Zip: Bastian, VA 24314

[X] (d) Notwithstanding the foregoing designation of destination as the place for inspection and acceptance of supplies furnished hereunder, the Government reserves the right to require inspection and acceptance at contractor's plant. Said right may be exercised either before award or during the course of performance of any resultant contract. Should said right be exercised during the course of performance, only the undelivered portion of the contract quantities will be subject to inspection and acceptance at contractor's plant. In view of the foregoing, offerors are required to supply the information requested in paragraph (c), above.

[X] 52.212-9 Variation in Quantity (Apr 1984)

Para (b): The permissible variation shall be limited to:

8 Percent increase 0 Percent decrease

This increase or decrease hall apply to:

(X) 1. Each contract subline item number (e.g., 0001AA)

( ) 2. The following contract subline item numbers:

____________________

____________________

[X] 52.246-9P27 ISTRIBUTION OF MATERIAL INSPECTION AND RECEIVING REPORTS (DD FORM 250) (MAR 1999) DSCP

*(a) Distribution of Material Inspection and Receiving Reports (DD Form 250) will be in accordance with Appendix F of the Defense FAR Supplement (DFARS). The "Purchasing Office" copy shall be forwarded to the Defense Supply Center Philadelphia, Defense Logistics

**ADDENDUM TO 52.212-4 (continued)**

Agency, 700 Robbins Avenue, Bldg #6, Philadelphia, PA 19111-5092, ATTN: DSCP-MGAA-PGC (Anna Podlas).

*(b) The Inventory Manager's copy shall be mailed in a separate envelope to: Same address as above Marked for ATTN: DSCP-MGAA-JS (Janet Althouse)

(c) This is a ________________ acquisition. With respect to Table 2, Special Distribution, of DFARS Appendix F, ______________________.

*NOTE: When paragraphs (a) and (b) are both completed with a DSCP attention code, contractor is required to use one envelope addressed to DSCP-MGAA-PGC (Anna Podlas); however, the top of each form must be annotated with separate codes appearing in paragraphs (a) and (b) respectively.

[X] 52.210-9P13 New Drug Applications (JAN 1992) DPSC

Offerors shall represent below information pertaining to FDA approval of New Drug Applications (NDA) or Abbreviated New Drug Applications (ANDA), when such approval is a prerequisite to marketing, and container/closure system information relative to product stability.

(If additional space is needed, the required information may be provided in an attachment to the offer.)

(a) NDA/ANDA. Item ___________________________, FDA Approval File Number ______________________, Date of FDA approval _________________________. Item ____________________, FDA Approval File Number ___________________, Date of FDA approval ______________________________.

(b) CONTAINER/CLOSURE SYSTEM MATERIALS.

(1) CONTAINER (e.g., clear glass, amber glass, high or low density polyethylene, etc.)_____________________________________________________________________
_____________________________________________________________________________
__________________________________________________________________.

(2) CONTAINER SEAL. Specify substance (e.g., waxed paper) which would contact the drug. __________________________________________________________
_____________________________________________________________________________
_____________________________________________________________________

(3) CONTAINER CLOSURE AND CLOSURE LINER. Specify cap type (e.g., metal, polypropylene, etc.), and the material used to line the closure (e.g., fiber liner, teflon liner, etc.)_________________________________________________________________
_____________________________________________________________________

[X] 52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [X] intends, [ ] does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

ADDENDUM TO 52.212-4 (continued)

| Place of performance (street address, city, county, state, zip code) | Name and address of owner and operator of the plant or facility if other than offeror or respondent |
|---|---|

General Injectables & Vaccines, Inc.
Highway 21-52, Terrace Hill
Bastian, VA 24314

INSERT DETAILED INFORMATION BELOW:

(1) **ACTIVE INGREDIENTS.**

Manufactured by
Chiron Vaccines
in the facilities located at
Speke, Liverpool, UK
which are owned by
Chiron Vaccines

(2) **DRUG PRODUCT.** (Complete the applicable paragraphs).

(i) PARENTERALS.

(A) Ingredients will be weighed, measured, mixed and compounded by
Chiron Vaccines
in the facilities located at Speke, Liverpool UK

which are owned by
Chiron Vaccines

(B) Product will be sterilized by
Chiron Vaccines
in the facilities located at
Speke, Liverpool UK

which are owned by
Chiron Vaccines

(ii) TABLETS, CAPSULES AND PILLS.

(A) Ingredients will be weighed, mixed, granulated, screened, dried, etc.
by ____ in facilities located at ____

which are owned by ____

(B) The dosage form (tablets, capsules, or pills) will be prepared by ____ in facilities located at ____

**ADDENDUM TO 52.212-4 (continued)**

which are owned by ______________________________

(iii) OTHER DRUG PRODUCTS. (Solutions, syrups, mixtures, powders, ointments, pastes, creams, etc.)

Ingredients will be weighed (measured), mixed and compounded by Chiron Vaccines in facilities located at Speke, Liverpool UK

which are owned by Chiron Vaccines

(3) PACKAGING AND PACKING.

(i) Immediate container will be filled and labeled by Chiron Vaccines in facilities located at Speke, Liverpool UK

which are owned by Chiron Vaccines

(ii) Material will be packed and prepared for shipment by General Injectables & Vaccines, Inc. in facilities located at Highway 21-52, Terrace Hill Bastian, VA 24314 which are owned by Henry Schein, Inc.

[X] 52.214-9P06 Rounding Off of Offer and Award Prices (Jan 1992) DPSC

Unit prices shall be limited to a maximum of four decimal places. For evaluation and award purposes, offers containing a unit price of more than four decimal places shall be rounded off to four decimal places (five places if GFM is involved). For administrative purposes, the extended line item and total dollar amounts will be rounded to two decimal places and may not precisely reflect the quantity(ies) times the unit price(s). Payment shall be accomplished on a unit price basis.

[X] 52.233-9P01 DUTY TO WARN (APR 2000) *DSCP*

(a) The Department of Health, Education, and Welfare, Public Health Service, Center for Disease Control, and the Defense Supply Center Philadelphia represent and agree that they will (1) take all appropriate steps to assure that all vaccine supplied to various locations within the 50 states, District of Columbia, Puerto Rico, Virgin Islands, Guam, American Samoa, the Trust Territory of the Pacific Islands, and the Northern Mariana Islands, pursuant to the terms of this contract, shall be administered to each patient on the basis of an individualized medical judgment by a physician, or (2) take all appropriate steps to provide to such patient (or to the patient's parent or guardian) meaningful warning relating to the risks and benefits of vaccination, in form and language understandable to such patient, parent, or guardian.

(b) If any claim or action is asserted against the Contractor arising in whole or in part from an alleged failure by the Government to carry out its responsibilities under paragraph (a) above, the

**ADDENDUM TO 52.212-4 (continued)**

Contractor shall promptly notify the Contracting Officer provide and copies of all pertinent documents served upon or received by the Contractor. The Government shall have the option to participate in the defense of that portion of such claim or action which arises from the alleged failure of the Government to carry out its responsibilities under paragraph (a) above.

(c) In the event of the Government's breach of, or failure to carry out, its responsibilities under paragraph (a) above, any measure of resulting damages to the Contractor shall include, but need not be limited to, damages (including money judgments, reasonable attorneys' fees, and other costs) sustained in connection with claims against the Contractor for personal injuries caused by such breach or failure. The Contractor agrees to take appropriate steps to mitigate any such claims by diligently defending claims brought against it or, when appropriate, by entering into reasonable settlement agreements. The entry of a judgment against the Contractor in connection with a claim for personal injury allegedly resulting in whole or in part from the Government's breach of, or failure to carry out, its obligations under paragraph (a) shall not conclusively determine the question whether the personal injury complained of or the damages suffered by the Contractor were caused by the Government's breach of or failure to carry out its obligations under paragraph (a). This provision shall not limit any other right of the Contractor to obtain damages or other relief for any breach of this contract or for the settlement of any dispute arising under this contract.

**[X] 52.217-9P16 EFFECTIVE PERIOD OF CONTRACT – INDEFINITE QUANTITY CONTRACT (JAN 1992)**

The effective period of this contract is from Date of award through on year thereafter.

## 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS -- COMMERCIAL ITEMS (OCT 2003)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive Orders applicable to acquisitions of commercial items:

52.233-3, *Protest after Award* (AUG 1996)(31 U.S.C 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

_X_(1) 52.203-6, *Restrictions on Subcontractor Sales to the Government* (JUL 1995), *with Alternate I* (OCT 1995)(41 U.S.C.253g and 10 U.S.C.2402).
___ (2) 52.219-3, *Notice of Total HUBZone Set-Aside* (Jan 1999) (15 U.S.C. 657a).
___ (3) 52.219-4, *Notice of Price Evaluation Preference for HUBZone Small Business Concerns* (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer)(15 U.S.C. 657a).
___ (4) (i) 52.219-5, *Very Small Business Set-Aside* (JUNE 2003)(pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).
___(ii) Alternate I (MAR 1999) of 52.219-5.
___(iii) Alternate II (JUNE 2003) of 52.219-5.
___(5) (i) 52.219-6, *Notice of Total Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).
___(ii) Alternate I (OCT 1995) of 52.219-6.
___(6) (i) 52.219-7, *Notice of Partial Small Business Set-Aside* (JUNE 2003)(15 U.S.C. 644).
___(ii) Alternate I (OCT 1995) of 52.219-7.
_X_ (7) 52.219-8, *Utilization of Small Business Concerns* (OCT 2000)(15 U.S.C. 637 (d)(2) and (3)).
_X_ (8) 52.219-9, *Small Business Subcontracting Plan* (JAN 2002)(15 U.S.C. 637 (d)(4)).
____(i) Alternate I (OCT 2001) of 52.219-9.
____(ii) Alternate II (OCT 2001) of 52.219-9.
___ (9) 52.219-14, *Limitations on Subcontracting* (DEC 1996)(15 U.S.C. 637(a)(14)).
__ (10) (i) 52.219-23, *Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns* (JUNE 2003)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
____(ii) Alternate I (JUNE 2003) of 52.219-23.

* A request for waiver of the requirements to submit a small business subcontracting plan is presently pending with Carol O'Brien at the VA.

52.212-5 (continued)

___(11) 52.219-25, *Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting* (OCT 1999)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
___(12) 52.219-26, *Small Disadvantaged Business Participation Program-Incentive Subcontracting* (OCT 2000)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
___(13) 52.222-3, *Convict Labor* (JUNE 2003)(E.O. 11755)
___(14) 52.222-19, *Child Labor—Cooperation with Authorities and Remedies* (SEP 2002)(E.O. 13126)
___ (15) 52.222-21, *Prohibition of Segregated Facilities* (FEB 1999).
_X_ (16) 52.222-26, *Equal Opportunity* (APR 2002)(E.O.11246).
_X_ (17) 52.222-35, *Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (DEC 2001)(38 U.S.C. 4212).
_X_ (18) 52.222-36, *Affirmative Action for Workers with Disabilities* (JUN 1998)(29 U.S.C.793).
_X_ (19) 52.222-37, *Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (DEC 2001)(38 U.S.C. 4212).
___ (20)(i) 52.223-9, *Estimate of Percentage of Recovered Material Content for EPA-Designated Products* (AUG 2000)(42 U.S.C. 6962(c)(3)(A)(ii))
___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C))

***Paragraphs (21) through (23) are not applicable and have been deleted.***

____(24) 52.225-13, *Restrictions on Certain Foreign Purchases* (OCT 2003)(E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

***Paragraphs (25) through (26) are not applicable and have been deleted.***

___(27) 52.232-29, *Terms for Financing of Purchases of Commercial Items* (FEB 2002)(41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
___(28) 52.232-30, *Installment Payments for Commercial Items* (OCT 1995)(41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
_X_ (29) 52.232-33, *Payment by Electronic Funds Transfer-Central Contractor Registration* (OCT 2003)(31 U.S.C. 3332).

*Paragraph (30) is not applicable and has been deleted.*

___ (31) 52.232-36, *Payment by Third Party* (MAY 1999)(31 U.S.C. 3332).
___ (32) 52.239-1, *Privacy or Security Safeguards* (AUG 1996)(5 U.S.C.552a).

*Paragraph (33) is not applicable and has been deleted.*

52.212-5 (continued)

*Paragraph (c) is not applicable and been deleted.*

(d) *Comptroller General Examination of Record.* The Contractor agrees to comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -- Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.219-8, *Utilization of Small Business Concerns* (October 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, *Equal Opportunity* (April 2002)(E.O.11246).

(iii) 52.222-35, *Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans* (December 2001)(38 U.S.C. 4212).

(iv) 52.222-36, *Affirmative Action for Workers with Disabilities* (June 1998)(29 U.S.C.793).

(v) 52.222-41, *Service Contract Act of 1965*, As Amended (May 1989), flow down required for all susbcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vi) 52.247-64, *Preference for Privately-Owned U.S.- Flag Commercial Vessels* (April 2003)(46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**ADDENDUM TO 52.212-5**

[ X ] 252.212-7001 *CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS* (OCT 2003) DFARS

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

__X__52.203-3 *Gratuities* (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement (DFARS) clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

__X_ 252.205-7000 *Provision of Information to Cooperative Agreement Holders* (DEC 1991) (10 U.S.C. 2416).

__X_ 252.219-7003 *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan* (DoD Contracts) (APR 1996) (15 U.S.C. 637).

_____252.219-7004 *Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program)* (JUN 1997) (10 U.S.C. 637 Note).

_____252.225-7001 *Buy American Act and Balance of Payments Program* (APR 2003) (41 U.S.C. 10a-10d, E.O. 10582).

__X_ 252.225-7012 *Preference for Certain Domestic Commodities.* (FEB 2003) (10 U.S.C. 2533a).

_____252.225-7014 *Preference for Domestic Specialty Metals* (APR 2003) *(10 U.S.C. 2533a).*

_____252.225-7015 *Restriction on Acquisition of Hand or Measuring Tools* (APR 2003)(10 U.S.C. 2533a).

_____252.225-7016 *Restriction on Acquisition of Ball and Roller Bearings* (APR 2003)(_______Alternate I) (APR 2003) (10 U.S.C. 2534 and Section 8099 of Public Law 104-61 and similar sections in subsequent DoD appropriations acts).

_____252.225-7021 *Trade Agreements* (AUG 2003) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

_____252.225-7027 *Restriction on Contingent Fees for Foreign Military Sales* (APR 2003) (22 U.S.C. 2779).

*Para (b): Government(s) of* ______________________________

_____252.225-7028 *Exclusionary Policies and Practices of Foreign Governments* (APR 2003) (22 U.S.C. 2755).

**ADDENDUM TO 52.212-5**

**DFARS 252.212-7001 (continued)**

__X_ 252.225-7036 *Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program* (APR 2003) (___ Alternate I) (APR 2003) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

_____252.225-7038 *Restriction on Acquisition of Air Circuit Breakers* (APR 2003) (10 U.S.C. 2534(a)(3)).

_____252.226-7001 *Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns* (OCT 2003)(Section 8021 of Pub. L. 107-248)

_____252.227-7015 *Technical Data--Commercial Items* (NOV 1995) (10 U.S.C. 2320).

_____252.227-7037 *Validation of Restrictive Markings on Technical Data* (SEP 1999) (10 U.S.C. 2321).

_____252.232-7003 *Electronic Submission of Payment Requests (MAR 2003) (10 U.S.C. 2227)*

__X_ 252.243-7002 *Requests for Equitable Adjustment* (MAR 1998) (10 U.S.C. 2410).

_____252.247-7023 *Transportation of Supplies by Sea* (MAY 2002) (____Alternate I) (MAR 2000) (_____Alternate II) (MAR 2000) (Alternate III) (MAY 2002) (10 U.S.C. 2631).

__X_252.247-7024 *Notification of Transportation of Supplies by Sea* (MAR 2000) (10 U.S.C. 2631).

**NOTE: Contractor agrees to comply with clause 252.247-7024, which is included in this contract by reference, when it represents in its offer that it does not anticipate that supplies will be transported by sea.**

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 This clause is not applicable and has been deleted.

252.247-7023 *Transportation of Supplies by Sea* (MAY 2002) (10 U.S.C. 2631).

252.247-7024 *Notification of Transportation of Supplies by Sea* (MAR 2000) (10 U.S.C. 2631).

ATTACHMENTS

SPECIFICATION SHEET FOR ROUTINE PROCUREMENT

NSN: 6505-01-503-4958 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0001

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN, 0.5 ML DOSE, 10 DOSE, 1's

SALIENT CHARACTERISTICS

Shall be Influenza Virus Vaccine, USP.

Shall be a Trivalent, Split or Purified Surface Antigen Vaccine for intramuscular administration, for immunizing persons 6 months of age or older OR 4 years of age or older.

Shall be suitable for subcutaneous or intramuscular administration.

Shall be in accordance with the requirements of the USP.

The formula for the 2004-2005 season shall be as required in the solicitation.

Expiration date shall be 30 June 2005 or later.

Material shall be shipped under constant refrigeration: 2° - 8° C (35° - 46° F).

Unit: Vial (VI). One vial containing 10 doses, as specified, constitutes one unit.

PREPARATION FOR DELIVERY

Packaging and packing.

Commercial.

The subject commodity shall be packaged and packed accordance with the requirements of ASTM D 3951 (Standard Practice for Commercial Packaging). Exterior (shipping) containers shall be substantial commercial containers (export when necessary) of the type, size and kind commonly used for the purpose, so constructed as to insure acceptance and safe delivery by common or other carriers, at the lowest rate, to point of delivery called for in the contract or order.

Unitized loads shall be used whenever total quantity for shipment to one destination exceeds 250 lbs (excluding the pallet) or 20 cubic feet. Commercial utilization is acceptable.

Packaging and packing quantities. Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice.

ATTACHMENTS

SPECIFICATION SHEET FOR ROUTINE PROCUREMENT

NSN: 6505-01-503-4958 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0001

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN, 0.5 ML DOSE, 10 DOSE, 1's

Labeling and marking.

Each unit (package) shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date. In addition, marking may include the National Stock Number (NSN).

Any intermediate package, exterior (shipping) container, and/or palletized unit load shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date and the legends: "STORE BETWEEN 2° - 8° C (35° - 46° F)" and "DO NOT PERMIT TO FREEZE".

In addition, the NSN, item identification, contract and/or delivery order number, CAGE code, Government quantity and unit of issue, and weight and cube shall be supplied on each exterior (shipping) container and/or palletized unit load. As an alternate, minimum markings may be supplied on the packing list (DD Form 250 may be used) accompanying the shipment.

Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice.

ATTACHMENTS

SPECIFICATION SHEET FOR ROUTINE PROCUREMENT

NSN: 6505-01-504-6594 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0002

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT, 0.5 ML DOSE, 10 DOSE, 1's

SALIENT CHARACTERISTICS

Shall be Influenza Virus Vaccine, USP.

Shall be a Trivalent Split Vaccine for intramuscular administration, for immunizing persons 6 months age or older.

Shall be suitable for subcutaneous or intramuscular administration.

Shall be in accordance with the requirements of the USP.

The formula for the 2004-2005 season shall be as required in the solicitation.

Expiration date shall be 30 June 2005 or later.

Material shall be shipped under constant refrigeration: 2° - 8° C (35° - 46° F).

Unit: Vial (VI). One vial containing 10 doses, as specified, constitutes one unit.

PREPARATION FOR DELIVERY

Packaging and packing.

Commercial.

The subject commodity shall be packaged and packed accordance with the requirements of ASTM D 3951 (Standard Practice for Commercial Packaging). Exterior (shipping) containers shall be substantial commercial containers (export when necessary) of the type, size and kind commonly used for the purpose, so constructed as to insure acceptance and safe delivery by common or other carriers, at the lowest rate, to point of delivery called for in the contract or order.

Unitized loads shall be used whenever total quantity for shipment to one destination exceeds 250 lbs (excluding the pallet) or 20 cubic feet. Commercial utilization is acceptable.

Packaging and packing quantities. Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice.

ATTACHMENTS

NSN: 6505-01-504-6594 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0002

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT , 0.5 ML DOSE, 10 DOSE, 1's

Labeling and marking.

Each unit (package) shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date. In addition, marking may include the National Stock Number (NSN).

Any intermediate package, exterior (shipping) container, and/or palletized unit load shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date and the legends: "STORE BETWEEN 2° - 8° C (35° - 46° F)" and "DO NOT PERMIT TO FREEZE".

In addition, the NSN, item identification, contract and/or delivery order number, CAGE code, Government quantity and unit of issue, and weight and cube shall be supplied on each exterior (shipping) container and/or palletized unit load. As an alternate, minimum markings may be supplied on the packing list (DD Form 250 may be used) accompanying the shipment.

Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice.

ATTACHMENTS

SPECIFICATION SHEET FOR ROUTINE PROCUREMENT

NSN: 6505-01-503-4944 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0003

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN, SYRINGE UNIT, 1 DOSE, 10'S

SALIENT CHARACTERISTICS

Shall be Influenza Virus Vaccine, USP.

Shall be a Trivalent Split OR PURIFIED SURFACE ANTIGEN Vaccine for intramuscular administration, for immunizing persons 6 months of age or older OR 4 years of age and older.

Shall be suitable for subcutaneous or intramuscular administration.

Shall be in accordance with the requirements of the USP.

The formula for the 2004-2005 season shall be as required in the solicitation.

Expiration date shall be 30 June 2005 or later.

Material shall be shipped under constant refrigeration: 2° - 8° C (35° - 46° F).

Unit: Package (pg). One package containing 10 single-dose (0.5 ml) syringe-needle units, as specified, constitutes one unit.

PREPARATION FOR DELIVERY

Packaging and packing.

Commercial.

The subject commodity shall be packaged and packed accordance with the requirements of ASTM D 3951 (Standard Practice for Commercial Packaging). Exterior (shipping) containers shall be substantial commercial containers (export when necessary) of the type, size and kind commonly used for the purpose, so constructed as to insure acceptance and safe delivery by common or other carriers, at the lowest rate, to point of delivery called for in the contract or order.

Unitized loads shall be used whenever total quantity for shipment to one destination exceeds 250 lbs (excluding the pallet) or 20 cubic feet. Commercial utilization is acceptable.

Packaging and packing quantities. Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice

ATTACHMENTS

SPECIFICATION

NSN: 6505-01-503-4944 (TO BE REVISED WITH 2004/2005 NSN) CLIN 0003

ITEM IDENTIFICATION: INFLUENZA VIRUS VACCINE, USP, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN, SYRINGE UNIT, 1 DOSE, 10'S

Labeling and marking.

Each unit (package) shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date. In addition, marking may include the National Stock Number (NSN).

Any intermediate package, exterior (shipping) container, and/or palletized unit load shall be marked in accordance with commercial practice. Marking shall include the lot (control) number and expiration date and the legends: "STORE BETWEEN 2° - 8° C (35° - 46° F)" and "DO NOT PERMIT TO FREEZE".

In addition, the NSN, item identification, contract and/or delivery order number, CAGE code, Government quantity and unit of issue, and weight and cube shall be supplied on each exterior (shipping) container and/or palletized unit load. As an alternate, minimum markings may be supplied on the packing list (DD Form 250 may be used) accompanying the shipment.

Quantities of units to be supplied in the intermediate package (if supplied) and exterior (shipping) container shall be in accordance with commercial practice.

ATTACHMENTS

## CAUTION STATEMENTS:

**Subject:** Pricing and Formulation for Influenza Virus Vaccine
Contractor agrees to follow current VA policy for procedures on how to calculate and administrate Federal Ceiling Prices (FCPs) for Influenza Virus Vaccine.

**Subject:** Subcontracting Plan
In the event that an annual company or division-wide subcontracting plan is submitted in response to this solicitation, offerors are reminded that the plan should cover the company's fiscal year, which must be identified.
If an offeror has a previously approved annual plan, a new plan should be submitted at least 60 days before the existing plan expires. Offerors should refer to FAR 52.219-9, "Small Business and Small Disadvantaged Business Subcontracting Plan".
Subcontracting plans approved by other Government agencies should be company or division-wide in order to be applicable to this procurement. They must be accompanied by the letter of approval from the appropriate agency.

| ITEM NO. | DESCRIPTION |
|---|---|
| 0001 | **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL** (For immunizing individuals 6 months of age or older and 4 years of age and older) |

CURRENT COMMERICAL PRICE (2004/2005 SEASON): $________
PRIOR COMMERCIAL PRICE (2003/2004 SEASON): $ 84.99
PRIOR COMMERCIAL PRICE (2002/2003 SEASON): $ ~~74.99~~

CURRENT FSS/FCP PRICE (2004/2005 SEASON) TO BE ESTABLISHED $________/$________
PRIOR FSS/FCP PRICE (2003/2004 SEASON) $________/$ 64.59
PRIOR FSS/FCP PRICE (2002/2003 SEASON) $________/$________

TEMPERATURE RANGE WHILE IN TRANSIT TO DEPOT: 2-8 degrees celsius

SUCCESSFUL OFFEROR WILL BE REQUESTED TO SUBMIT PRODUCT SAMPLE, PRODUCT PACKAGING SPECIFICATIONS, AND COLD CHAIN DISTRIBUTION (TEMPERATURE) DEVIATIONS ALLOWED FOR THEIR PRODUCT.

| ITEM NO. | DESCRIPTION |
|---|---|
| 0003 | **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S** (For immunizing individuals 6 months of age or older and 4 years of age and older) |

CURRENT COMMERICAL PRICE (2004/2005 SEASON): $________
PRIOR COMMERCIAL PRICE (2003/2004 SEASON): $________
PRIOR COMMERCIAL PRICE (2002/2003 SEASON): $________

CURRENT FSS/FCP PRICE (2004/2005 SEASON) TO BE ESTABLISHED $________/$________
PRIOR FSS/FCP PRICE (2003/2004 SEASON) $________/$________
PRIOR FSS/FCP PRICE (2002/2003 SEASON) $________/$________

TEMPERATURE RANGE WHILE IN TRANSIT TO DEPOT: ________________

SUCCESSFUL OFFEROR WILL BE REQUESTED TO SUBMIT PRODUCT SAMPLE, PRODUCT PACKAGING SPECIFICATIONS, AND COLD CHAIN DISTRIBUTION (TEMPERATURE) DEVIATIONS ALLOWED FOR THEIR PRODUCT.

**52.212-1 INSTRUCTIONS TO OFFERORS -- COMMERCIAL ITEMS (OCT 2003)**

**Instructions to Offerors -- Commercial Items (Oct. 2003)**

(a) *North American Industry Classification System (NAICS) code and small business size standard.* The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) *Submission of offers*. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show --

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3;

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) *Period for acceptance of offers*. The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

**52.212-1 INSTRUCTIONS TO OFFERORS – COMMERCIAL ITEMS (OCT 2003)**

*(d) Product samples.* When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

*(e) Multiple offers.* Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

*(f) Late submissions, modifications, revisions, and withdrawals of offers.*

(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2)

(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and—

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

**52.212-1 INSTRUCTIONS TO OFFERORS -- COMMERCIAL ITEMS (OCT 2003)**

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) *Contract award (not applicable to Invitation for Bids). The Government intends to evaluate and award a contract without discussion to the low responsible offeror whose offer conforms to the solicitation. Price will be the determining factor in evaluating offers for award.* Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) *Multiple awards*. The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) *Availability of requirements documents cited in the solicitation.*

(1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to--

GSA Federal Supply Service Specifications Section
Suite 8100
470 L'Enfant Plaza, SW
Washington, DC 20407
Telephone (202) 619-8925)

Facsimile (202 619-8978).

**52.212-1 INSTRUCTIONS TO OFFERORS -- COMMERCIAL ITEMS (OCT 2003)**

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the--

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D

700 Robbins Avenue
Philadelphia, PA 19111-5094

Telephone (215) 697-2667/2179

Facsmilie (215) 697-1462.

(i) Automatic distribution may be obtained on a subscription basis.

(ii) Order forms, pricing information, and customer support information may be obtained—

(A) By telephone at (215) 697_2667/2179; or

(B) Through the DoDSSP Internet site at http://dodssp.daps.mil.

(3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication or maintenance.

(j) *Data Universal Numbering System (DUNS) Number.* (Applies to offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the Internet at http://www.dnb.com. An offeror located outside the United States must contact the local Dun and Bradstreet office for DUNS number.

## 52.212-1 INSTRUCTIONS TO OFFERORS – COMMERCIAL ITEMS (OCT 2003)

(k) *Central Contractor Registration.* Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the Internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

## ADDENDUM TO 52.212-1

1. **Addenda to 52.212-1 (b) *Submission of offers.***

**Mailed offers should be sent to:**
Defense Logistics Agency
Defense Supply Center Philadelphia
P. O. Box 56667
Philadelphia, PA 19111-6667

**Hand carried offers, *including delivery by commercial carrier*, should be delivered to:**
Defense Supply Center Philadelphia
Business Opportunities Office
Bldg. 36, Second Floor
700 Robbins Avenue
Philadelphia, PA 19111-5092

**NOTE:** All hand-carried offers are to be delivered between 8:00 a.m. and 5:00 p.m., Monday through Friday, except for legal federal holidays as set forth in 5 USC 6103. Offerors using a commercial carrier service must ensure that the carrier service "hand-carries" the package to the depository specified above (i.e., the Business Opportunities Office address) prior to the scheduled opening/closing time. **Package must be plainly marked ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE with the solicitation number, date, and time set forth for receipt of offers as indicated in Block 8 of the Standard Form 1449.**

**Facsimile offers (if authorized) or facsimile offer modifications/withdrawals should be transmitted to: (215) 737-9300, 9301, 9302 or 9303**

Faxed offers ☒ ARE ☐ ARE NOT authorized for this solicitation.

Facsimile offers that fail to furnish required representations, or information, or that reject any of the terms, conditions and provisions of the solicitations, may be excluded from consideration. Facsimile offers must contain the required signatures. The Government reserves the right to make award solely on the facsimile offer. However, if requested to do so by the Contracting Officer, the apparently successful offeror agrees to promptly submit

**ADDENDUM TO 52.212-1**

the complete original signed proposal. The Government will not be responsible for any failure attributable to the transmission or receipt of the facsimile offer.

**Special Instructions for the Submission of Source Selection Information:**

☐ The Government will consider other factors in addition to price when evaluating proposals to determine the best overall expected value. To facilitate evaluation of your proposal in accordance with the factors listed in FAR 52.212-2, please prepare your proposal in accordance with the special instructions attached to this addendum and submit such information as an attachment to your offer.

2. **Addenda to 52.212-1(c)** ***Period for acceptance of offers.***

☒ Period of acceptance is 120 days.

3. **Addenda to 52.212-1(e)** ***Multiple offers.***

☐ Alternate offers of commercial items will not be considered for award. Although such offers will not be considered for award, alternate offers of commercial items may, however, be submitted by offerors for consideration by the Government for market research purposes on future acquisitions.

4. **Addenda to 52.212-1 (h)** ***Multiple awards.***

☐ The Government intends to make one award.

☒ Offers may be submitted for quantities less than those specified.

5. **Solicitation Provisions Incorporated by Reference :**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD and DSCP solicitation provision may be accessed electronically at **www.dla.mil/j-3/j-336/icps.htm** or obtained from the Contracting Officer.

6. **The following provisions are incorporated by reference:**

| PROVISION # | TITLE | DATE | SOURCE |
|---|---|---|---|
| [ X ] 52.216-27 | *SINGLE OR MULTIPLE AWARDS* | (OCT 1995) | FAR |
| [ X ] 252.209-7001 | *DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY* | (MAR 1998) | DFARS |

ADDENDUM TO 52.212-1 (continued)

[ X ] 52.233-9000 *AGENCY PROTESTS* (SEP 1999) DLAD

7. **The following provision is incorporated in full text:**

[ X ] 52.215-20 ***REQUIREMENTS FOR INFORMATION OTHER THAN COST OR PRICING DATA*** **(OCT 1997), ALTERNATE IV (OCT 1997)**

(a) Submission of cost or pricing data is not required.
(b) Provide information described below:

(1) For commercial item(s), the offeror shall submit, at a minimum, information on prices at which the same item or similar items have previously been sold in the commercial market that is adequate for evaluating the reasonableness of the price for this acquisition. Such information shall include—

(i) Sales information, **optional** for each individual item, as follows:

| | | |
|---|---|---|
| Total Sales to the General Public (Other than to the U.S. Government or its instrumentalities) at Catalog Price | ______<br>______ | (Quantity)<br>(Most recent sales period available - 3 mos. min.) |
| | | **PLUS** |
| Total Sales to the General Public at Other than Catalog Price. | ______<br>______ | (Quantity)<br>(Most recent sales period available - 3 mos. min.) |
| | | **EQUALS** |
| Total Sales to the General Public | ______<br>______ | (Quantity)<br>(Most recent sales period available - 3 mos. min.) |
| The lowest price sale to the General Public. (Identify date, price, and quantity). | ______<br>______<br>______ | (Date)<br>(Unit Price)<br>(Quantity) |
| The lowest price sale to the General Public under terms and conditions that are the most comparable to those solicited by the Government. (Identify date, price, and quantity). | ______<br>______<br>______ | (Date)<br>(Unit Price)<br>(Quantity) |

**ADDENDUM TO 52.212-1 (continued)**

**FAR 52.215-20 (continued)**

(ii) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages which include the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished); e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities. **If offer prices are, or are based on, discounted catalog prices**, furnish, in lieu of or in addition to the price information required by the previous sentence, the following information **for each different discount offered**:

(A) Identify the largest discount offered currently or within the preceding 12 months to any customer for that item or items.

(B) If the offered discount is lower than the largest discount offered to any customer --

(I) justify why you are unable and/or unwilling to offer that largest discount; and

(II) identify the largest discount offered currently or within the preceding 12 months to any customer for that item or items under terms and conditions that are the most comparable to those sought by the Government.

(C) If the offered discount is lower than the largest discount offered to any customer under the most comparable terms and conditions, justify why you are unable and/or unwilling to offer that largest discount.

(iii) For market-priced items, the source and date or period of the market quotation or other basis for the market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(2) For items on a FSS and/or Veterans Affairs (VA) contract, regardless of whether they are or are not commercial items, furnish a copy of, or the appropriate pages from, the FSS and/or VA contract. Unless offerors can justify that the proposed contract terms and conditions under this acquisition are less favorable than those under their FSS and/or VA contracts, award prices under this acquisition may not exceed the FSS and/or VA contract prices. For items included on an active Federal Supply Service (FSS) Multiple Award Schedule contract, proof that an exception from the submission of certified cost and pricing data has been granted for the schedule item is required if the offeror has not furnished the information required by (1) above that is adequate for the Contracting Officer to determine that the offered item(s) are commercial items.

(c) Delay in furnishing the appropriate information other than cost or pricing data that is required by paragraph (b) above and that is adequate for evaluating the reasonableness of the offered prices, may delay any potential award to that offeror. As a consequence, if the Government has indicated elsewhere in this solicitation that multiple awards are intended, delivery orders that might otherwise have been placed with that offeror may be placed with awardees that furnished the required information on a timely basis. Failure to furnish the appropriate information other than cost or pricing data that is required by paragraph (b) above and that is adequate for evaluating the reasonableness of the offered prices may result in a determination that there is insufficient information to determine the offer prices to be fair and

**ADDENDUM TO 52.212-1 (continued)**

FAR 52.215-20 (continued)

reasonable. The Contracting Officer may determine that cost or pricing data (and an audit) is required. If ultimately there is insufficient information to determine the offer prices to be fair and reasonable, the Contracting Officer has no choice but to determine the offer prices to be unreasonable. Unreasonable offer prices may be rejected for award.

**52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (JUNE 2003) ALTERNATE I (APRIL 2002) [DSCP MODIFIED]**

(a) *Definitions*. As used in this provision:

*"Emerging small business"* means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

*"Forced or indentured child labor"* means all work or service –

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

*"Service-disabled veteran-owned small business concern"*-

(1) Means a small business concern-

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

*"Small business concern"* means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

*"Veteran-owned small business concern"* means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

*"Women-owned small business concern"* means a small business concern --

(1) That is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

*"Women-owned business concern"* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer identification number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701)*. (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

**52.212-3 (continued)**

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN).*

[x] TIN: 54-1251527.

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government;

(4) *Type of organization.*

[ ] Sole proprietorship;

[ ] Partnership;

[x] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other ____________________.

(5) *Common parent.*

[ ] Offeror is not owned or controlled by a common parent:

[x] Name and TIN of common parent:

Name Henry Schein

TIN 11-3136595

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) *Small business concern.* The offeror represents as part of its offer that it [ ] is, [ ] is not a small business concern.

(2) *Veteran-owned small business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

**52.212-3 (continued)**

(3) *Service-disabled veteran-owned small business concern.* **[Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

(4) *Small disadvantaged business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents that it [ ] is, [ ] is not a women-owned small business concern.

***NOTE: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.***

(6) *Women-owned business concern (other than small business concern).* **[Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents that it [ ] is, a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price: ________________________________________

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. ***[Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]***

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

52.212-3 (continued)

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| 50 or fewer | $1 million or less |
| 51-100 | $1,000,001-$2 million |
| X 101-250 | $2,000,001-$3.5 million |
| 251-500 | $3,500,001-$5 million |
| 501-750 | $5,000,001-$10 million |
| 751-1,000 | $10,000,001-$17 million |
| Over 1,000 | X Over $17 million |

(9) **(Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)**

(i) General. The offeror represents that either-

(A) It [ ] is, [ ] is not certified by the Small Business Administration as a small disadvantaged business concern and is identified on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration PRO-Net, and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, [ ] has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. *[The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.]*

**52.212-3 (continued)**

(10) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents as part of its offer that -

(i) It ___ is, ___ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns Maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ___ is, ___is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture*: ________________________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) [*The offeror shall check the category in which its ownership falls*]:

___ Black American
___ Hispanic American
___ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians)
___ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, the Philippines, U.S. Trust Territory or the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
___ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal)
___ Individual/concern, other than one of the preceding.

(d) Representations required to implement provisions of Executive Order 11246 --

(1) *Previous contracts and compliance.* The offeror represents that --

(i) It [X] has, [ ] has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation; and

(ii) It [X] has, [ ] has not, filed all required compliance reports.

(2) *Affirmative Action Compliance.* The offeror represents that --

(i) It [X] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

52.212-3 (continued)

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C.1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) *Buy American Act Certificate.* **(The certificate in DFARS 252.225-7000 or 7020 shall be completed if it is provided in the Addendum to FAR provision 52.212-3.)**

(g) *Buy American Act - North American Free Trade Agreement—Israeli Trade Act Certificate.* **(The certificate in DFARS 252.225-7035 shall be completed if it is provided in the Addendum to FAR provision 52.212-3.)**

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

(1) [ ] Are, [x] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(2) [ ] Have, [x] have not, within the three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state, or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) [ ] Are, [x] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). *[The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b)]. [List available at www.dol.gov/ilab/ ]*

**52.212-3 (continued)**

(1) Listed end products.

Listed End Product

________________________________

________________________________

Listed Countries of Origin

________________________________

________________________________

(2) Certification. *[If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

ADDENDUM TO 52.212-3(f)

252.225-7000 *BUY AMERICAN ACT-BALANCE OF PAYMENTS PROGRAM CERTIFICATE* (APR 2003) DFARS

(a) Definitions.

"Domestic end product," "foreign end product", "qualifying country," and "qualifying country end product" have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation.

The Government—

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraphs (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

| Line Item Number | Country of Origin |
| --- | --- |
| ________________ | ________________________ |
| ________________ | ________________________ |
| ________________ | ________________________ |
| ________________ | ________________________ |

(3) The following end products are other foreign end products:

| Line Item Number | Country of Origin (If known) |
| --- | --- |
| ________________ | ________________________ |
| ________________ | ________________________ |
| ________________ | ________________________ |
| ________________ | ________________________ |

## ADDENDUM TO 52.212-3(f)

**252.225-7020 Trade Agreements Certificate** (APR 2003) DFARS

(a) *Definitions.* "Caribbean Basin country end product," "designated country end product," "NAFTA country end product," "nondesignated country end product," "qualifying country end product," and "U.S.-made end product" have the meanings given in the Trade Agreements clause of this solicitation.

(b) *Evaluation.* The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will consider only offers of end products that are U.S.- made, qualifying country, designated country, Caribbean Basin country, or NAFTA country end products, unless the Government determines that—

(i) There are no offers of such end products;

(ii) The offers of such end products are insufficient to fulfill the Government's requirements; or

(iii) A national interest exception to the Trade Agreements Act applies.

(c) *Certifications and identification of country of origin.*

(1) For all line items subject to the Trade Agreements clause of this solicitation, the offeror certifies that each end product to be delivered under this contract, except those listed in paragraph (c)(2) of this provision, is a U.S.-made, qualifying country, designated country, Caribbean Basin country, or NAFTA country end product.

(2) The following supplies are other nondesignated country end products:

| Line Item Number | Country of Origin |
|---|---|
| ______________ | ____________________ |
| ______________ | ____________________ |
| ______________ | ____________________ |

**ADDENDUM TO 52.212-3 (g)**

**252.225-7035 *BUY AMERICAN ACT-NORTH AMERICAN FREE TRADE AGREEMENT IMPLEMENTATION ACT-BALANCE OF PAYMENTS PROGRAM CERTIFICATE*** (APR 2003) DFARS

(a) *Definitions.*

"Domestic end product," "foreign end product," "NAFTA country end product," "qualifying country end product" and "United States" have the meanings given in the Buy American Act-- North American Free Trade Agreement Implementation Act--Balance of Payments Program clause of this solicitation.

(b) *Evaluation.* The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) For line items subject to the North American Free Trade Agreement Implementation Act, will evaluate offers of qualifying country end products or NAFTA country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) *Certifications and identification of country of origin.*

(1) For all line items subject to the Buy American Act—North American Free Trade Agreement Implementation Act—Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except the end products listed in paragraph (c)(2) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror shall identify all end products that are not domestic end products.

(i) The offeror certifies that the following supplies are qualifying country (except Canadian) end products:

____________________ ____________________

*(insert line item number)* *(insert country of origin)*

(ii) The offeror certifies that the following supplies qualify as NAFTA country end products:

____________________ ____________________

*(insert line item number)* *(insert country of origin)*

(iii) The following supplies are other foreign end products, including end products manufactured in the United States that do not qualify as domestic end products:

____________________ ____________________

*(insert line item number)* *(insert country of origin)*

**ADDENDUM TO 52.212-3 (g) (continued)**

**DFARS 252.225-7035 (continued)**

[ ] **ALTERNATE I (APR 2003)** *(Applicable when checked.)*
Substitute the phrase "Canadian end product" for the phrase "NAFTA country end product" in paragraph (a) of the basic provision; and substitute the phrase "Canadian end products" for the phrase "NAFTA country end products" in paragraphs (b) and (c)(2)(ii) of the basic provision.

**ADDENDUM TO 52.212-3**
**252.212-7000 *OFFEROR REPRESENTATIONS AND CERTIFICATIONS-COMMERCIAL ITEMS* (NOV 1995) DFARS**

(a) *Definitions.*

As used in this clause--

(1) Foreign person means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) United States person is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) *Certification.*

By submitting this offer, the Offeror, if a foreign person, company or entity certifies that it--

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) *Representation of Extent of Transportation by Sea.* (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(2) **Representation.**

The Offeror represents that it--

___**Does** anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

_X_**Does not** anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include clause 252.247-7023, Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

General Injectables
& Vaccines, Inc.
Highway 21 & 52
P.O. Box 9
Bastian, VA 24314-0009

GIV®

1-800-521-7468
1-276-688-4121
1-800-800-4994

## Past Performance

GIV has had numerous year of experience in distributing flu vaccine to governmental agencies as well as commercial customers.

Last year, GIV was contracted with the following governmental agencies for the distribution of Fluvirin

Department of Defense
Contract #SP0200-03-C-0003
Contact: Anna Podlas
Number: 215-737-5768

State of Connecticut
Contract #023-A-12-0407-C
Contact: Sue Thomas
Number: 860-713-5091

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DD# 04004 | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.: 00001

3. EFFECTIVE DATE: 23 JAN 2004

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. *(If applicable)*:

6. ISSUED BY — CODE: SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, ATTN: DSCP-MGAA
PHILA., PA 19111-5092
BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC
PHONE: 215-737-5768

7. ADMINISTERED BY *(If other than Item 6)* — CODE:

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

General Injectables & Vaccines, Inc.
P.O. Box 9
Bastian, VA 24314

CODE — FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.: SP0200-04R-0005 [X]

9B. DATED *(SEE ITEM 11)*: 14 JAN 2004

10A. MODIFICATION OF CONTRACT/ORDER NO.:

10B. DATED *(SEE ITEM 13)*:

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

CLOSING DATE IS EXTENDED TO 17 FEB 2004 AT 3:00 PM LOCAL TIME.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: ...mes W. Short, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: ANNA PODLAS

15B. CONTRACTOR/OFFEROR: James W. Short *(Signature of person authorized to sign)*

15C. DATE SIGNED: 2/13/04

16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)*

16C. DATE SIGNED:

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DD# 04004 | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.: 00002

3. EFFECTIVE DATE: 26 JAN 2004

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. *(If applicable)*:

6. ISSUED BY — CODE: SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, ATTN: DSCP-MGAA
PHILA., PA 19111-5092
BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC
PHONE: 215-737-5768

7. ADMINISTERED BY *(If other than Item 6)* — CODE:

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

General Injectables & Vaccines, Inc.
P.O. Box 9
Bastian, VA 24314

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.: SP0200-04R-0005 — X

9B. DATED *(SEE ITEM 11)*: 14 JAN 2004

10A. MODIFICATION OF CONTRACT/ORDER NO.:

10B. DATED *(SEE ITEM 13)*:

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [X] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

LINE ITEM 0002 IS DELETED. SUB CLIN 0002AA QUANTITY OF 28,500 VIALS IS ADDED TO CLIN SUB CLIN 0001AA.

SUB CLIN 0001AA QUANTITY IS REVISED TO 347,680 VIALS (3,476,800 DOSES).

ANNUAL MAXIMUM QUANTITY FOR CLIN 0001 IS REVISED FROM 638,360 VIALS TO 695,360 VIALS.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: James W. Short, Vice President

15B. CONTRACTOR/OFFEROR: James W Short *(Signature of person authorized to sign)*

15C. DATE SIGNED: 2/13/04

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: ANNA PODLAS

16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)*

16C. DATE SIGNED:

NSN 7540-01-152-8070 | PREVIOUS EDITION UNUSABLE | 30-105 | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: DD# 04004 — PAGE 1 OF PAGES 7

2. AMENDMENT/MODIFICATION NO.: 00003

3. EFFECTIVE DATE: MAR 24, 2004

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, ATTN: DSCP-MGAA
PHILA., PA 19111-5092
BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC
PHONE: 215-737-5768

7. ADMINISTERED BY (If other than Item 6) — CODE:

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CODE — FACILITY CODE

[X] 9A. AMENDMENT OF SOLICITATION NO.: SP0200-04R-0005

9B. DATED (SEE ITEM 11): 14 JAN 2004

10A. MODIFICATION OF CONTRACT/ORDER NO.:

10B. DATED (SEE ITEM 13):

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

REVISED OFFERS ARE REQUESTED BASED ON THE CHANGES CONTAINED ON THE FOLLOWING PAGES.

CLOSING DATE FOR RECEIPT OF REVISED OFFERS IS MARCH 29, 2004 AT 12:00 NOON EST.

FAX RESPONSES ARE AUTHORIZED TO THE FOLLOWING FAX NUMBERS: 215-737-9300, 9301, 9302, AND 9303.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): James W. Short, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): ANNA PODLAS

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 3/29/04

16B. UNITED STATES OF AMERICA BY ____ (Signature of Contracting Officer)

16C. DATE SIGNED:

**Amendment 00003**

Revised offers are requested based on the following revisions to referenced solicitation:

1. Replace pages 6-8 of solicitation with attached pages 5-7 of this Amendment. Changes are summarized as follows:

   a) Total Annual Estimated doses are revised from 3,588,050 to 3,769,900.
   b) CLIN 0001 Annual Estimated Qty is revised from 347,680 Vials to 324,066 Vials.
   c) CLIN 0002 has been added (for immunizing individuals 6 months to 4 years of age). Annual Estimated Qty has been established at 35,464 Vials.
   d) CLIN 0003 Annual Estimated Qty is revised from 11,125 Packages to 17,460 Packages.
   e) Guaranteed Minimums for each CLIN are established as follows:
      CLIN 0001: 30% of Annual Estimated Quantity
      CLIN 0002: 100% of Annual Estimated Quantity
      CLIN 0003: 100% of Annual Estimated Quantity
   f) Annual Maximum Quantity for each CLIN is established as follows:
      CLIN 0001: 405,083 Vials (25% of Annual Estimated Quantity)
      CLIN 0002: 44,330 Vials (25% of Annual Estimated Quantity)
      CLIN 0003: 21,825 Packages (25% of Annual Estimated Quantity)
   g) Delivery: Dependent upon FDA release of vaccine, 50% of each awarded CLIN quantity shall be delivered during the month of September with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. The remaining 50% of each awarded CLIN quantity shall be delivered during the month of Oct with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

2. All offerors shall comply with Department of Veterans Affairs (DVA) policy contained in DVA letter dated March 17, 2003 (copy attached). This policy shall apply to the 2004-2005 influenza season. Contractor shall copy the Contracting Officer on the letter to DVA referenced on Page 2, item (A) of the DVA's 3/17/2003 "Dear Manufacturer" letter.

If Provisional Federal Ceiling Prices (FCPs) are established and known prior to award, offered prices under this solicitation/contract may not exceed the Provisional FCPs. If Provisional FCPs are not established at time of award, the following requirements apply:

(1) Upon establishment of the Provisional FCP, the contractor shall so notify the Contracting Officer in writing by NLT 10 calendar days of the Provisional FCP.

(2) If the contract price is higher than the Provisional FCP, the contract price will be reduced by unilateral modification to the Provisional FCP.

**Amendment 00003**

(3) All items not delivered and invoiced by the date the Provisional FCP is established, shall be priced at the Provisional FCP.

(4) DSCP shall be entitled to, at its discretion, either a refund under the current contract or a credit under a future contract, for all sales made under the contract at a price that exceeds the Provisional FCP.

3. Clause 52.216-8, Ordering (Oct 1995) is revised as follows:

Add to the end of paragraph (a) – [If additional Influenza Vaccine is available from the contractor, delivery orders may be issued up to one year after the date of award of this contract. The price of any orders may not exceed the Federal Ceiling Price (FCP) in effect at time of order placement, delivery, and invoicing. If any sale occurs at a price higher than the FCP in effect at time of order placement, delivery, and invoicing, the Government shall be entitled to, at its discretion, either a refund under the current contract or a credit under a future contract.]

4. Clause 52.216-19, Order Limitation (Oct 1995) is revised as follows:

Paragraph (b)(1) is revised to read "Any order for a single item in excess of *the Maximum Quantity established for the CLIN.*"

5. The following two clauses are deleted:

DFARS 252.225-7000, Buy American Act-Balance of Payments Program Certificate (Apr 2003) DFARS, (page 46 of the solicitation).

DFARS 252.225-7035,Buy American Act-North American Free Trade Agreement Implementation Act-Balance of Payments Program Certificate (Apr 2003) DFARS, (pages 48 and 49 of the solicitation).

6. Under 252.212-7001, Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of commercial Items (Oct 2003) DFARS:

Add 252.225-7021, Trade Agreements (Aug 2003)

Delete 252.225-7036, Buy American Act—North American Free Trade Agreement Implementation Act—Balance of Payments Program (Apr 2003)

7. In order to monitor the temperature ranges during transit, the contractor is required to place one TempTale 4 (TT4) temperature monitor into 5 randomly chosen boxes for each full truck-load shipment to each requested destination (2 monitors will be required for less than a full truck-load). The contractor shall place an "X" or some other identifying mark on the boxes containing the monitors to alert the receiving depot to their location. These monitors will be provided free of charge to the contractor. The placement of these monitors will be at no additional cost to the Government.

**Amendment 00003**

8. Item description contained in specification sheet for CLIN 0002 (pages 25-26) of solicitation is corrected to read '…for immunizing persons 6 months to 4 years of age.'

9. Product is acceptable on a non-returnable basis. Return privileges shall not apply except for vaccine not conforming to the specifications, which shall be limited to credit or exchange only.

10. A revised offer is requested based on the above changes by the closing date of March 29, 2004 at 12:00 EST. Fax responses are authorized to the following fax numbers: 215-737-9300, 9301, 9302, and 9303.

**ADDENDUM TO STANDARD FORM 1449 (continued)**

**6. Continuation of Blocks 19-24:**

**SCHEDULE OF SUPPLIES/SERVICES**

Annual requirements are estimated at *3,769,900* Million doses. The Government reserves the right to award all or some of the following line items. The Government also reserves the right to make split awards for all or some of the listed items.

**ITEM NO.** **DESCRIPTION**
**0001** **INFLUENZA VIRUS VACCINE,**
**USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

**0001AA**
*ANNUAL ESTIMATED QUANTITY: *324,066* Vials (or *3,240,660* doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 20,934,663.60

**ITEM NO.** **DESCRIPTION**
**0002** **INFLUENZA VIRUS VACCINE,**
**USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals *6 months of age to 4 years of age*)

**0002AA**
*ANNUAL ESTIMATED QUANTITY: *35,464* Vials (or *354,640* doses)

UNIT: VI

UNIT PRICE: $ No Bid /Vial

TOTAL: $________

6. Continuation of Blocks 19-24:

SCHEDULE OF SUPPLIES/SERVICES (CONTINUED)

ITEM NO. DESCRIPTION
0003 **INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

0003AA
*ANNUAL ESTIMATED QUANTITY: *17,460* Packages (or *174,600* doses)

UNIT: PG

UNIT PRICE: $ 86.00 /Package

TOTAL: $ 1,501,560.00

*FIRM ORDERS SHALL BE PROVIDED NO LATER THAN MAY 15, 2004.

GUARANTEED MINIMUM:
*Guaranteed Minimums for each CLIN are established as follows:*
*CLIN 0001: 30% of Annual Estimated Quantity*
*CLIN 0002: 100% of Annual Estimated Quantity*
*CLIN 0003: 100% of Annual Estimated Quantity*

ANNUAL MAXIMUM QUANTITY:
Offerors on the present solicitation for an "Indefinite Quantity Contract (IQC)" are cautioned that the "annual estimated quantity" is the most realistic quantity expected to be ordered. The "annual maximum" is an inflated figure necessitated by Government concerns for continued contract coverage in spite of erratic or unforecasted demands. Offers should be based on the "annual estimated quantity".
*Annual Maximum Quantity for each CLIN are established as follows:*
*CLIN 0001: 405,083 Vials (25% of Annual Estimated Quantity)*
*CLIN 0002: 44,330 Vials (25% of Annual Estimated Quantity)*
*CLIN 0003: 21,825 Packages (25% of Annual Estimated Quantity)*

6. **Continuation of Blocks 19-24:**

**SPLIT AWARDS:**
The Government intends to split the award of Line Item 0001, only, based on a 70/30 split (The Government, however, still reserves the right to award 100% of the quantity to one offeror should circumstances warrant.) The lowest responsible/responsive offeror will be awarded 70% of the total quantity of Line Item 0001. The second lowest responsible/responsive offeror will be awarded 30% of the total quantity. This split must be awarded to two different vendors offering vaccine from two different manufacturers.

**DELIVERY:** *Dependent upon FDA release of vaccine, 50% of each awarded CLIN quantity shall be delivered during the month of September with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. The remaining 50% of each awarded CLIN quantity shall be delivered during the month of Oct with a specified percentage(to be agreed upon during negotiations) delivered every week or every other week. Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.*

**SHIP-TO LOCATIONS:**
(Contract must call 800-307-8496 to schedule delivery)
ST3101
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

OR:

Anywhere within the Continental limits of the United States (See individual Delivery Order)

**FOB:** DESTINATION

**INSPECTION/ACCEPTANCE:** DESTINATION

TOTAL P.02

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: DD# 04004 — PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.: 00004
3. EFFECTIVE DATE: MAR 29, 2004
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, ATTN: DSCP-MGAA
PHILA., PA 19111-5092
BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC
PHONE: 215-737-5768

7. ADMINISTERED BY (If other than Item 6) — CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CODE — FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.: X SP0200-04R-0005
9B. DATED (SEE ITEM 11): 14 JAN 2004
10A. MODIFICATION OF CONTRACT/ORDER NO.
10B. DATED (SEE ITEM 13)

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CLOSING DATE FOR RECEIPT OF REVISED OFFERS IS EXTENDED TO MARCH 30, 2004 AT 12:00 NOON EST.

FAX RESPONSES ARE AUTHORIZED TO THE FOLLOWING FAX NUMBERS: 215-737-9300, 9301, 9302, AND 9303.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Tracy Puckett, Mgr. Contracts.
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): ANNA PODLAS

15B. CONTRACTOR/OFFEROR: Tracy Puckett (Signature of person authorized to sign)
15C. DATE SIGNED: 3/30/04
16B. UNITED STATES OF AMERICA BY ____ (Signature of Contracting Officer)
16C. DATE SIGNED

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MGAA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY REFER TO

DSCP-MGAA-PGC (A. PODLAS /X5768) 1 April 2004

Subject: Solicitation SP0200-04-R-0005

To: General Injectables and Vaccines, Inc.
P. O. Box 9
Bastian, VA 24314

Negotiations are hereby closed on referenced solicitation. Request a Final Proposal Revision be submitted by 12:00 Noon local time, 2 April 2004. Late offers will be subject to the Late Submissions, Modification, and Withdrawal of Proposals Clause referenced in the solicitation (FAR 52.215.10). All other terms and conditions of the solicitation remain unchanged.

SUPPLIES

Annual requirements are estimated at 3,769,900 Million doses. The Government reserves the right to award all or some of the following line items. The Government also reserves the right to make split awards for all or some of the listed items.

ITEM NO. 0001

DESCRIPTION
INFLUENZA VIRUS VACCINE,
USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

0001AA
*ANNUAL ESTIMATED QUANTITY: 324,066 Vials (or 3,240,660 doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 24,353,564.00

ITEM NO. 0002

DESCRIPTION
INFLUENZA VIRUS VACCINE,
USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL
(For immunizing individuals 6 months of age to 4 years of age)

0002AA
*ANNUAL ESTIMATED QUANTITY: 35,464 Vials (or 354,640 doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 2,290,974.40

| ITEM NO. | DESCRIPTION |
|---|---|
| 0003 | INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S (For immunizing individuals 6 months of age and older OR 4 years of age and older) |

0003AA

*ANNUAL ESTIMATED QUANTITY: *17,460* Packages (or *174,600* doses)

UNIT: PG

UNIT PRICE: $86.60 /Package

TOTAL: $1,501,560.00

DELIVERY:

Dependent upon FDA release of vaccine, delivery will be as follows:
25% of each awarded CLIN quantity no later than 30 Sep 2004
25% of each awarded CLIN quantity no later than 31 Oct 2004
50% of each awarded CLIN quantity no later than 30 Nov 2004

All efforts should be made to split monthly deliveries evenly during each month. This is the Government's minimum delivery requirement. However, contractors are permitted and encouraged to accelerate deliveries at no additional cost to the Government.
Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

Contract unit prices resulting from this Solicitation shall be increased by any applicable federal excise tax should this tax be imposed on Influenza Virus Vaccine for the 2004-2005-influenza virus season. The contractor warrants in writing that no amount for this possible excise tax was included in its offered unit prices as a contingency reserve or otherwise.

The Contractor shall promptly notify the Contracting Officer of all matters relating to this excise tax that reasonably may be expected to result in a price increase. If and when the excise tax is imposed and an effective date established, the Contracting Officer shall negotiate an equitable adjustment in contract price and/or increase the contract unit prices, as appropriate.

All other terms and conditions remain unchanged.

Authorized Fax Numbers are: (215) 737-9300 or 9301, 9302, or 9303.

Anna Podlas

Anna Podlas
Contracting Officer

GIV®
GENERAL INJECTABLES & VACCINES, INC.
P.O. Box 9
Bastian, VA 24314
800-270-2273

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Anna Podlas | FROM: Tracy Puckett |
| COMPANY TO: | DATE: 4/15/03 |
| RECIPIENT'S FAX NUMBER: 215-737-9300 | TOTAL NO. OF PAGES INCLUDING COVER: 12 |
| GIV'S FAX NUMBER: 276-688-2054 | GIV'S PHONE NUMBER: 276-688-4121 # 3051 |
| RE: Department of Defense Flu Solicitation # SP0200-04R-005 | |

☐ URGENT ☐ FOR YOUR REVIEW ☐ PLEASE ADVISE ☐ FOR YOUR INFORMATION ☐ YOUR COPY

NOTES/COMMENTS:

Attached you will find Amendments # 3 and # 4 to the above referenced solicitation. Please note that GIV proposes the following delivery schedule contingent upon release of product from the manufacturer.

By 9/30/04 - 25%
By 10/8/04 - 20%
By 10/15/04 - 20%
By 10/22/04 - 20%
By 10/29/04 - 15%

Do not hesitate to contact me should you have any questions.

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

***OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30***

1. REQUISITION NUMBER:

PAGE 1 OF 3

2. CONTRACT NO.: SP0200-04-D-0003

3. AWARD/EFFECTIVE DATE: 04/21/2004

4. ORDER NUMBER:

5. SOLICITATION NUMBER: SP0200-04-R-0005

6. SOLICITATION ISSUE DATE:

7. FOR SOLICITATION INFORMATION CALL:
- a. NAME: ANNA PODLAS
- b. TELEPHONE NUMBER *(No collect calls)*: 215-737-5768

8. OFFER DUE DATE/ LOCAL TIME:

9. ISSUED BY — CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MGAA
700 ROBBINS AVENUE
BUILDING #6
PHILADELPHIA, PA 19111-5092

10. THIS ACQUISITON IS
- [x] UNRESTRICTED
- [ ] SET ASIDE: % FOR
- [ ] SMALL BUSINESS
- [ ] HUBZONE SMALL BUSINESS
- [ ] 8(A)

NAICS: 325414
SIZE STANDARD: 750

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
- [ ] SEE SCHEDULE

12. DISCOUNT TERMS: NET 30 DAYS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING: DO-C9

14. METHOD OF SOLICITATION: [ ] RFQ [ ] IFB [x] RFP

15. DELIVER TO — CODE

SEE SCHEDULE

16. ADMINISTERED BY — CODE S5111A

DCMA SOUTHERN VIRGINIA
190 BERNARD RD, BLDG 117
FORT MONROE, VA 23651

17a. CONTRACTOR/ OFFEROR — CODE 65307 — FACILITY CODE

GENERAL INJECTABLES & VACCINES, INC.
ROUTE 21-52, TERRACE HILL
P.O. BOX 9
BASTIAN, VA 24314
ATTN: MS. TRACY PUCKETT
TELEPHONE NO. 276-688-4121

18a. PAYMENT WILL BE MADE BY — CODE HQ0338

DFAS-CO/SOUTH ENTITLEMENT OPERATIONS
P.O. BOX 182264
COLUMBUS, OH 43218-2264

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE ATTACHED PAGES | | | | |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

MASTER FILE COPY DO NOT REMOVE

25. ACCOUNTING AND APPROPRIATION DATA

MG 97X4930 5CM0 01 26.0 S33150 (ANNUAL ESTIMATE)

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*: $16,155,811.60

- [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
- [x] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ______ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[x] 29. AWARD OF CONTRACT: REF. 04-R-0005 OFFER DATED 01/14/2004. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*: Anna Podlas

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*: ANNA PODLAS

31c. DATE SIGNED: 4-21-04

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

| CONTINUATION SHEET | SP0200-04D-0003 | PAGE 2 OF 3 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

## SCHEDULE

| ITEM | SUPPLIES | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 0001 | NSN 6505-01-517-0341<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), USP, 0.5 ML DOSE, 10 DOSE VIAL FOR IMMUNIZING PERSONS FOUR YEARS OF AGE AND OLDER | | | | |
| | | ANNUAL ESTIMATE | | | |
| 0001AA | | 226,846 | VI | $64.60 | $14,654,251.60 |
| 0003 | NSN 6505-01-517-0347<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), 0.5 ML DOSE, SYRINGE UNIT, 10'S FOR IMMUNIZING PERSONS 4 YEARS OF AGE AND OLDER | | | | |
| | | ANNUAL ESTIMATE | | | |
| 0003AA | | 17,460 | PG | $86.00 | $1,501,560.00 |
| TOTAL | | | | | $16,155,811.60 |

**Guaranteed Minimum Quantities:**
CLIN 0001: 30% of Annual Estimated Quantity (68,054 Vials)
CLIN 0002: 3 100% of Annual Estimated Quantity (17,460 Packages)

**Annual Maximum Quantities:**
CLIN 0001: 283,558 Vials (25% of Annual Estimated Quantity)
CLIN 0002: 3 21,825 Packages (25% of Annual Estimated Quantity)

**SHIP TO:**
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

NOTE: Contractor must call 800-307-8496 to schedule delivery with Depot
Deliveries may also be requested anywhere within the continental limits of the United States (as specified in Delivery Order)

**DELIVERY BY:**
Dependent upon FDA release of vaccine, delivery will be as follows:
25% of each awarded CLIN quantity no later than 30 Sep 2004
25% of each awarded CLIN quantity no later than 31 Oct 2004
50% of each awarded CLIN quantity no later than 30 Nov 2004

| CONTINUATION SHEET | SP0200-04D-0003 | PAGE 3 OF 3 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

All efforts should be made to split monthly deliveries evenly during each month. This is the Government's minimum delivery requirement. However, contractors are permitted and encouraged to accelerate deliveries at no additional cost to the Government.
Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

VARIATION IN QUANTITY:
Shall be plus 8%.

INSPECTION AND ACCEPTANCE:
Shall be at destination

FOB POINT:
Prices are FOB Destination

TIN #:
54-1251527

DUNS #:
10-825-0663

CONTINUATION OF BLOCK 29:
Amendment 0001
Amendment 0002
Amendment 0003
Amendment 0004
Request for Final Proposal

MANUFACTURING AND PACKAGING/PACKING LOCATION:
Chiron Vaccines
Liverpool, England

SOURCE OF RAW MATERIALS:
Same as manufacturing location

PAYMENT ADDRESS:
General Injectables & Vaccines, Inc.
c/o Mellon Bank
Box 223028
Pittsburgh, PA 15251-2028