HENRY SCHEIN®
Henry Schein, Inc. • 135 Duryea Road • Melville, NY 11747

GENERAL BUSINESS: 631-843-5500
FAX: 631-843-5680
http://www.henryschein.com

October 12, 2004

**VIA FAX AND REGULAR MAIL**

Commander Brian Kerr
Yvonne Poplawski
Department of Defense
700 Robbins Avenue
Philadelphia, PA 19111

Dear Commander Kerr and Ms. Poplawski:

This letter is to advise you that we have been informed by Chiron, our supplier of Fluvirin Influenza Vaccine, that it will not be able to supply any flu vaccine for the 2004-2005 flu season. As you have probably heard, the Medicines and Healthcare Products Regulatory Agency of the United Kingdom has temporarily suspended Chiron's license to manufacture Fluviron vaccine preventing the company from releasing any of the product for the 2004-2005 influenza season. As a consequence, we will be unable to fill any orders for Fluviron vaccine for the current flu season.

We deeply regret these unfortunate developments and we are doing everything possible to identify potential alternative sources of flu vaccine. However, because of the late timing of this unexpected development, we are not optimistic that we will be able to identify alternative sources of supply that could meet all or any portion of your order.

Sincerely,

Michael Racioppi

Cc: Louis Ferraro
Michael Ettinger



Quality Assurance Certificate
ISO 9002 • EN46002