**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
BUILDING # 6 (DSCP-MGAA)
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY
REFER TO

**NOTICE OF TERMINATION FOR CAUSE**

Nov 15, 2004

General Injectables & Vaccines, Inc.
Route 21-52 Terrace Hill
P. O. Box 9
Bastian, VA 24314
ATTN: Mr. James Short

Dear Mr. Short,

By Delivery Order No. SP0200-04D-0003-8001 under contract SP0200-04D-0003, dated April 21, 2004, General Injectables & Vaccines (GIV) was obligated to provide 226,846 Vials of Influenza Virus Vaccine, 10 Dose Vial, and 17,460 Packages of Influenza Virus Vaccine, Syringe unit, 10's, f.o.b. Destination as specified in the delivery schedule (25% of quantity no later than Sep 30, 2004, 25% of quantity no later than Oct 31, 2004, and 50% of quantity no later than Nov 30, 2004). To have made delivery within the required delivery schedule, delivery was required on or before Sep 30, 2004.

Your letter dated October 12, 2004 provided notice of your intent to not perform, and you have failed to perform. Your contract requires that you deliver Fluvirin® flu vaccine by the dates specified in your contract; and your failure to complete performance by delivery of the quantity required by the contract constitutes a default of performance. Based on that failure of performance, the contracting officer has made the determination to terminate the contract in accordance with paragraph (m), "Termination for Cause" of FAR clause 52.212-4, Contract Terms and Conditions – Commercial Items, of the contract.

It is the final decision of the contracting officer pursuant to paragraph (d), "Disputes" of FAR clause 52.212-4, that your company has failed to make timely delivery under this contract, and that such failure was not due to excusable causes. You may appeal this decision under the said Disputes provision, which incorporates the Contract Disputes Act of 1978, (41 U.S.C. 601-603). Pursuant to the Act, you may appeal the decision either to the Armed Services Board of Contract Appeals (the Board), Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 12203-3208. Alternatively, you may bring an action in the United States Court of Federal Claims. Depending on the manner in which you seek redress, one of the following will apply:

(a) If you appeal the decision to the Board, you must mail or otherwise furnish written notice thereof to the Board within 90 days from the date you receive this decision. A copy shall be furnished to the contracting officer from whose decision your appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number.

(b) If you initiate your action directly in the United States Court of Federal Claims, you are required to file such action within 12 months from the date you receive this decision.

The Rules of the Armed Services Board of Contract Appeals are set forth in Appendix A, Part 2 of the Department of Defense Federal Acquisition Regulation Supplement (DFARS). With respect to appeals to the Board, be advised of the following:

(a) If the amount in dispute is $10,000.00 or less, you may elect to have the appeal processed under the Small Claims (Expedited) Procedure, as provided by the rules of the Board.

(b) If the amount in dispute is $50,000.00 or less, you may elect to have the appeal processed under the Accelerated Procedure as provided by the rules of the Board.

The government reserves all rights and remedies provided by law and as provided by the contract. In accordance with FAR 12.403 (c) (2), the Government intends to assert its right to acquire similar items in another contracting action and to charge GIV with any excess reprocurement costs together with any incidental or consequential damages incurred because of the termination.

Sincerely,

Anna Podlas

Anna Podlas
Contracting Officer