DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY REFER TO

DSCP-FSAA (A. Podlas (215) 737-5768) Dec 11, 2006

Mr. James Short
Vice President
General Injectables & Vaccines, Inc.
Route 21-52, Terrace Hill
Bastian, VA 24314

Subject: Contract SP0200-04D-0003 Influenza Virus Vaccine for 2004/2005 Season – DEMAND NOTICE

Dear Mr. Short:

Your company is indebted to the United States Government in the amount of $2,362,971.05 under the above-referenced contract. This debt is due to General Injectables & Vaccines', Inc (GIV) inability to deliver 2,443,060 doses of Influenza Virus vaccine to be supplied to GIV by Chiron Vaccines, Speke, Liverpool, United Kingdom (Chiron). GIV's failure to deliver any vaccine under the contract was as a result of Chiron's discovery of bacterial contamination in certain lots of vaccine produced for the 2004/2005 flu season. This led to a suspension of Chiron's license to operate and release any flu vaccine for importation to the U. S. until both the British and U. S. authorities deemed the product safe and saleable.

The Government ultimately substituted FluMist® to compensate for the undelivered doses. The amount shown above represents the price difference between the FluMist® package (10 doses) and GIV's vial (10 doses) price. The Government purchased in total 58,795 packages of FluMist® to fill the shortage created by GIV's inability to deliver.

Payment is hereby demanded in the amount of $2,362,971.05. A check in the amount of $2,362,971.05 should be made payable to the Secretary of the Treasury and forwarded to:

DEFENSE FINANCE and ACCOUNTING SERVICE-ATOCCC/CO
ATTN: DISBURSING OFFICE
P.O BOX 182317
3990 N. BROAD ST- BLDG 21
COLUMBUS OH 43218-2317

If payment in full is not received within thirty days from the date of this letter, interest will be charged on any unpaid portion of the principal from the date of this letter, as provided in Federal Acquisition Regulation 32.610, at the rate established by the Secretary of the Treasury under Public Law 92-41.

You may inspect and copy or request a copy of the records pertaining to this debt. If you believe that the debt is invalid or the amount is incorrect, please contact us immediately, in writing. Interest will continue to accrue from the date of this letter while the debt is in dispute.

You may submit, to this office, a proposal for deferment of collection if immediate payment is not practicable or if you dispute the amount of indebtedness. Your proposal should be in writing and supported by certified statements of income and financial position covering the last 12 months.

This represents the final decision of the Contracting Officer. You may appeal this decision to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041-3208, within ninety (90) days from the date you receive this decision. A copy thereof shall be furnished to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, should reference this decision and identify the contract by number. In lieu of appealing to the Armed Services Board of Contract Appeals, you may bring an action directly in the U.S. Court of Claims within twelve (12) months from the date you receive this decision.

Anna Podlas

ANNA PODLAS
Contracting Officer

cc: DFAS-Columbus Center
ATTN: DFAS-BKRRB/CC

DCMA Southern Virginia
ATTN: Ms. Gwendolyn Baker (ACO)

Certified Mail
Return Receipt Requested