IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED & FILED
MAR - 9 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

GENERAL INJECTABLES & VACCINES, INC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Civil Action No. 07-156-C

**PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the United States Court of Federal Claims, counsel for Plaintiff General Injectables & Vaccines, Inc. hereby notifies the Court that the parent company of Plaintiff and publicly traded companies holding 10% or more of Plaintiff's stock are:

Henry Schein, Inc. and GIV Holdings, Inc.

Dated: March 9, 2007

Respectfully submitted,

By: ______________________

Joseph E. Casson
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorney of Record for Plaintiff*
*General Injectables & Vaccines, Inc.*