IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-156C |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60 day enlargement of time, to and including July 9, 2007, within which to file a response to the complaint. The response to the complaint is currently due May 8, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has stated that he does not oppose this motion for enlargement of time.

Defendant's counsel has received a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520,[1] from the Defense Logistics Agency ("DLA"), the agency

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

whose actions are most directly implicated in plaintiff's complaint. However, it has recently come to light that additional investigation concerning the actions of other government agencies, namely the Department of Health & Human Services, the Center for Disease Control, or the Advisory Committee on Immunization Practices, in addition to DLA, is necessary in order to provide defendant's counsel with the factual background necessary to respond to the allegations in the complaint. Accordingly, an enlargement of time is needed for defendant's counsel to conduct the necessary inquiries, review additional relevant material, and to draft more comprehensive responses to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 60 days, to and including July 9, 2007, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

May 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of May, 2007, a copy of the foregoing “UNOPPOSED MOTION FOR ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ A. Bondurant Eley
A. BONDURANT ELEY