# In the United States Court of Federal Claims

**NOTICE**

**GENERAL INJECTABLES & VACCINES, INC.**

**No. 07-156 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 11, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Williams:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed May 7, 2007, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk