IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-156C |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, General Injectables & Vaccines, Inc., respectfully requests an 11-day enlargement of time, to and including August 10, 2007, within which to file a reply to the Counterclaim. The reply to the Counterclaim is currently due July 30, 2007. This is plaintiff's first request for an enlargement of time. Defendant's counsel has stated that she does not oppose this motion for enlargement of time.

An enlargement of time is sought on the ground that, due to scheduling conflicts, additional time is needed to prepare a reply to the Counterclaim.

For the foregoing reasons, plaintiff respectfully submits that good cause exists for the Court to grant this motion for an enlargement of time by 11 days, to and including August 10, 2007, within which to file a reply to the Counterclaim.

Respectfully submitted,

PROSKAUER ROSE LLP

By: __________//s//___________________

Joseph E. Casson
James P. Holloway
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, DC 20004
Tel: (202) 416-6800

PROSKAUER ROSE LLP
Bruce E. Fader
1585 Broadway
New York, NY 10036
Tel: (212) 969-3000

Attorneys for Appellant
General Injectables & Vaccines, Inc.

July 24, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of July, 2007, a copy of the foregoing document was served through the Court's electronic case filing system upon counsel for the defendant:

A Bondurant Eley
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
bondurant.eley@usdoj.gov

___________//s//_______________
James P. Holloway