# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed July 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL INJECTABLES & VACCINES, INC., *

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

On July 24, 2007, Plaintiff filed an unopposed motion for an enlargement of time of 11 days, to and including **August 10, 2007**, within which to file a reply to the Counterclaim. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**