**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC, Plaintiff, | ) | |
| v. | ) | No. 07-156C<br>Judge Coster Williams |
| THE UNITED STATES, Defendant. | ) | |

**CONSENT MOTION BY PLAINTIFF GENERAL INJECTABLES & VACCINES, INC. TO WITHDRAW JOSEPH E. CASSON AND SUBSTITUTE BRUCE E. FADER AS ATTORNEY OF RECORD**

Plaintiff General Injectables & Vaccines, Inc. ("Plaintiff"), by and through its undersigned counsel, and in accordance with RCFC 83.1(c), hereby moves this Court for leave to withdraw Joseph E. Casson of Proskauer Rose LLP and substitute Bruce E. Fader, also of Proskauer Rose LLP, as attorney of record for Plaintiff.

In support of this motion, Plaintiff states as follows:

1. Since the commencement of this case, Mr. Casson has served as attorney of record for Plaintiff.

2. Mr. Casson has requested to withdraw as an attorney in this matter.

3. Bruce E. Fader of Proskauer Rose LLP, who is admitted to this Court and has entered his appearance in this case as "of counsel" to Plaintiff, proposes to substitute for Mr. Casson as Plaintiff's attorney of record. Mr. Fader's affidavit of appointment is attached hereto as Exhibit 1. Mr. Casson has consented to his withdrawal and to Mr. Fader's substitution as principal attorney of record. *See* Exhibit

2 attached hereto. Furthermore, the undersigned has advised Plaintiff of the proposed substitution of counsel and has obtained Plaintiff's consent.

4. Counsel for defendant has consented to the relief requested by this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order approving the withdrawal of Joseph E. Casson and the substitution of Bruce E. Fader as attorney of record for Plaintiff.

Dated: September 5, 2007

Respectfully submitted,

PROSKAUER ROSE LLP

By: //ss//

Bruce E. Fader
1585 Broadway
New York, New York 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900

Of counsel:

James P. Holloway
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, D.C. 20004-2533
Tel: (202) 416-6800
Fax: (202) 416-6899

*Attorneys for Plaintiff*
*General Injectables & Vaccines, Inc.*

**Certificate of Service**

I certify that on this 5th day of September 2007 copies of the foregoing **Consent Motion By Plaintiff General Injectables & Vaccines, Inc. To Withdraw Joseph E. Casson And Substitute Bruce E. Fader As Attorney Of Record**, along with the **Affidavit Of Appointment** and the **Notice of Consent To Withdrawal**, were served through the Court's electronic case filing system upon counsel for defendant:

A. Bondurant Eley
United States Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
bondurant.eley@usdoj.gov

and were served by first class mail, postage prepaid, upon General Injectables & Vaccines, Inc. as follows:

Marjorie Han
Associate General Counsel
General Injectables & Vaccines, Inc.
c/o Henry Schein, Inc.
135 Duryea Road
Melville, NY 11747

//ss
James P. Holloway

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC, )<br>Plaintiff, )<br>v. )<br>THE UNITED STATES, )<br>Defendant. ) | No. 07-156C<br>Judge Coster Williams |

**AFFIDAVIT OF APPOINTMENT AS ATTORNEY OF RECORD**

The undersigned certifies as follows upon personal knowledge:

1. Joseph E. Casson has by consent withdrawn as principal attorney of record for Plaintiff General Injectables & Vaccines, Inc. in the above-captioned matter.

2. General Injectables & Vaccines, Inc. has been advised of the withdrawal of Joseph E. Casson and has requested the undersigned to substitute as principal attorney of record in this matter.

3. Subject to the Court's approval, the undersigned hereby agrees to serve as principal attorney of record for Plaintiff in this matter.

Bruce E. Fader

Subscribed and sworn to before me this 4th day of September 2007.

Notary Public

REGINA M. CASTELA
Notary Public, State of New York
No. 01CA4782890
Qualified in Nassau County
Commission Expires Dec. 31, 2009

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC, Plaintiff, | |
| v. | No. 07-156C<br>Judge Coster Williams |
| THE UNITED STATES, Defendant. | |

**NOTICE OF CONSENT TO WITHDRAWAL AS COUNSEL OF RECORD**

The undersigned attorney of record for plaintiff, General Injectables & Vaccines, Inc. ("GIV"), hereby consents to his withdrawal as attorney of record for GIV and to the substitution of Bruce E. Fader as the new attorney of record for GIV. Mr. Fader, a partner at Proskauer Rose LLP, previously entered an appearance as of counsel in this matter.

Dated: August 16, 2007

Respectfully submitted,

PROSKAUER ROSE LLP

By: [signature]

Joseph E. Casson (D.C. Bar No. 22590)
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004
Tel: (202) 416-6800
Fax: (202) 416-6899

Attorneys for Plaintiff

Of counsel:

Bruce E. Fader
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900