# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed September 14, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL INJECTABLES & VACCINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING STAY**

---

On September 12, 2007, Plaintiff filed an unopposed motion to stay all proceedings in this case, pending a decision by the United States Court of Appeals for the Federal Circuit in General Injectables & Vaccines, Inc. v. United States (No. 2007-1119). That case is an appeal of the decision by the Armed Services Board of Contract Appeals upholding the termination for default of the contract also at issue in this case. Good cause having been shown and absent objection, the Court hereby STAYS this case. The parties are hereby ORDERED to file the joint preliminary status report, no later than 15 days after the Federal Circuit's decision in General Injectables & Vaccines, Inc. v. United States (No. 2007-1119).

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**