IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-156C |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of September 14, 2007, the parties hereby respectfully submit this joint status report.

The parties agree that a continuation of the stay of these proceedings is appropriate. This case involves a claim by General Injectables & Vaccines, Inc. ("GIV") that it was assessed excess reprocurement costs by the Government in the wake of its termination for default under a contract with the Department of Defense. GIV challenged the propriety of that termination in a parallel proceeding before the Armed Services Board of Contract Appeals, and then in an appeal to the Federal Circuit in a case styled General Injectables & Vaccines, Inc. v. United States, No. 2007-1119. The parties previously sought a stay of the proceedings in this case because a finding by the Federal Circuit that the Government improperly terminated its contract with GIV would nullify any entitlement on the Government's part to reprocurement costs, and, therefore, would dispose of all issues in this proceeding.

On March 17, 2008, a Federal Circuit panel affirmed GIV's default termination. GIV is considering seeking rehearing en banc of that decision. The deadline for GIV's petition is May 5, 2008. Assuming that GIV does seek rehearing en banc, the Federal Circuit action will not be resolved until the Court either denies the petition or renders a full panel decision. As such, it is

not certain at this time what effect the panel's recent decision will have on this case.

Accordingly, the parties respectfully request that the stay of these proceedings continue until such time when plaintiff decides not to seek rehearing en banc, or, if a petition is filed, until such time when the Federal Circuit takes final action on the rehearing petition, whether through a denial or a full panel decision.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald Kinner for s/Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Bruce E. Fader
BRUCE E. FADER
PROSKAUER ROSE, LLP
1585 Broadway
New York, NY 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900

Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

April 2, 2008

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of April 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/A. Bondurant Eley