# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed April 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL INJECTABLES & VACCINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On September 12, 2007, Plaintiff filed an unopposed motion to stay all proceedings in this case, pending a decision by the United States Court of Appeals for the Federal Circuit in General Injectables & Vaccines, Inc. v. United States (No. 2007-1119). On March 17, 2008, the Federal Circuit affirmed General Injectables & Vaccines, Inc.'s (GIV) default termination. On April 2, 2008, the parties filed a joint status report stating that GIV is considering seeking a rehearing en banc of that decision and requested that the stay of proceedings continue until final action on any rehearing petition is taken. Good cause having been shown, the Court **GRANTS** the parties' request. The parties are hereby ORDERED to file a joint preliminary status report, no later than 15 days after the Federal Circuit's final action on any petition for rehearing.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**