**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-156C<br>(Judge Coster Williams)<br><br>Electronically Filed on June 16, 2008 |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE STAY**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff General Injectables & Vaccines, Inc. ("GIV") respectfully requests that the Court issue an order extending the stay entered by this Court on April 4, 2008, for thirty (30) days, so that the stay will run to and including July 18, 2008. Counsel for GIV has conferred with counsel for the United States, who stated that she does not oppose GIV's request. Good cause exists to grant the requested extension, in support of which counsel for GIV states as follows:

1. On April 4, 2008, this Court entered an order directing the parties to file a joint preliminary status report no later than fifteen (15) days after the United States Court of Appeals for the Federal Circuit disposed of GIV's combined petition for panel rehearing and rehearing en banc in *General Injectables & Vaccines, Inc. v. Gates*, No. 2007-1119 (Fed. Cir.). On June 3, 2008, the Federal Circuit denied GIV's combined petition and issued a published opinion supplementing that court's earlier decision in *General Injectables & Vaccines, Inc. v. Gates*, 519 F.3d 1360 (Fed. Cir. 2008). *See General Injectables & Vaccines, Inc. v. Gates*, ___ F.3d ___, 2008 WL 2261597 (Fed. Cir. June 3, 2008).

2. Counsel for GIV respectfully submits that the Federal Circuit's June 3, 2008 decision, as well as its earlier published opinion, raise issues of significant importance to the field of government contracting generally. Among other things, both decisions narrowly construe the standard excusable-delay clause for use in all commercial-items contracts entered into by federal agencies.

3. Counsel of record for GIV, who will be outside the United States until late June, requests additional time to study the Federal Circuit's decisions to see whether to recommend that GIV petition the Supreme Court of the United States for a writ of certiorari to review the Federal Circuit's decisions. Counsel expects to make that decision and recommendation within the next several weeks.

WHEREFORE, GIV respectfully requests that the Court issue an order extending the current stay such that it will run to and including July 18, 2008, which will allow counsel for GIV sufficient time to analyze the Federal Circuit's decisions and, if GIV decides in favor of filing a petition for a writ of certiorari, to seek a further extension of the stay from this Court pending the disposition of that petition by the Supreme Court. Counsel for GIV has conferred with counsel for the United States, who stated that she does not oppose GIV's request.

Dated: June 16, 2008

Respectfully submitted,

s/Bruce E. Fader by s/James F. Segroves
Bruce E. Fader
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
212.969.3000
212.969.2900 (fax)
bfader@proskauer.com

*Counsel of Record for Plaintiff*
*General Injectables & Vaccines, Inc.*

*Of Counsel*:
James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6871
202.416.6899 (fax)
jsegroves@proskauer.com

**CERTIFICATE OF FILING**

I hereby certify that on June 16, 2008, a copy of the foregoing Plaintiff's Unopposed Motion to Continue Stay was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bruce E. Fader by s/James F. Segroves
BRUCE E. FADER