# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed June 16, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**GENERAL INJECTABLES & VACCINES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER CONTINUING STAY**

---

On September 12, 2007, Plaintiff filed an unopposed motion to stay all proceedings in this case, pending a decision by the United States Court of Appeals for the Federal Circuit in General Injectables & Vaccines, Inc. v. United States (No. 2007-1119). On March 17, 2008, the Federal Circuit affirmed General Injectables & Vaccines, Inc.'s (GIV) default termination. On June 3, 2008, the Federal Circuit denied GIV's petition for panel rehearing and rehearing en banc.

On June 16, 2008, Plaintiff's filed an unopposed motion to continue the stay for 30 days, to and including **July 18, 2008**, to allow counsel sufficient time to analyze the Federal Circuit's decisions and to decide on further proceedings. Good Cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**