# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed July 25, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL INJECTABLES & VACCINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court will hold a preliminary scheduling conference in this proceeding via telephone on August 5, 2008 at 2 p.m.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**