IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL INJECTABLES & VACCINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-156C |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO STAY DISCOVERY OBLIGATIONS PENDING PRELIMINARY STATUS CONFERENCE

Defendant, the United States, hereby respectfully requests a stay of the parties' discovery obligations, including their obligation to serve initial disclosures upon each other pursuant to Rule 26 of the Rules of the Court of Federal Claims, until after the preliminary scheduling conference with the Court in this matter. Defendant's counsel has consulted with plaintiff's counsel, and is informed that plaintiff's counsel does not oppose this motion.

This case involves a claim by General Injectables & Vaccines, Inc. ("GIV") that it was assessed excess reprocurement costs by the Government in the wake of its termination for default under a contract with the Department of Defense. Because GIV challenged the propriety of its termination in a parallel proceeding that was only recently resolved in the Federal Circuit, this matter has been stayed for approximately eleven months, such that the only substantive activity that has taken place in the case thus far is the filing of the defendant's answer and counterclaim, and the plaintiff's reply to that counterclaim. As set forth in detail in the Joint Preliminary Status Report submitted by the parties on July 16, plaintiff now intends to attempt to dispose of the Government's counterclaim through a judgment on the pleadings in advance of any discovery.

Under Rule 26(a), the parties' filing of a joint preliminary status report in this case has triggered an obligation on their parties to exchange initial disclosures by today, July 30. A preliminary status conference in this matter has been scheduled for next Tuesday, August 5. At the time of the preliminary status conference, the parties hope to obtain the Court's assistance in developing an efficient schedule to govern this matter in light of plaintiff's intention to file a motion for judgment on the pleadings. The Government asks in the meantime that the Court stay the parties' discovery obligations, including initial disclosures, until the Court's guidance can be obtained at the scheduling conference.

For the foregoing reasons, the Government respectfully requests that the Court stay the obligations of both plaintiff and defendant for six days, until their August 5 preliminary scheduling conference.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 616-8254
Fax: (202) 514-8624

Attorneys for Defendant

July 30, 2008

CERTIFICATE OF FILING

I hereby certify that on this 30th day of July 2008, a copy of the foregoing "UNOPPOSED MOTION TO STAY DISCOVERY OBLIGATIONS PENDING PRELIMINARY SCHEDULING CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/A. Bondurant Eley