# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed July 31, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL INJECTABLES & VACCINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER CONTINUING STAY**

---

On July 30, 2008, Defendant filed an unopposed motion to continue the stay in this matter until after the preliminary scheduling conference is held with the Court. Good cause having been shown, Defendant's motion is **GRANTED**. The stay in this case will continue until **August 5, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**