# In the United States Court of Federal Claims

**No. 07-156C**
**(Filed August 8, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**GENERAL INJECTABLES & VACCINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

The Court held a preliminary scheduling conference on August 7, 2008. The Court sets the following briefing schedule:

1. **August 20, 2008** Plaintiff's motion for judgment on the pleadings due

2. **September 22, 2008** Defendant's opposition due

3. **October 9, 2008** Plaintiff's reply due

Oral argument will take place on **October 21, 2008 at 11 a.m.** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Discovery is stayed pending resolution of this motion.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**