UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

2007-1119

2007 JUL 12 PM 2:17

GENERAL INJECTABLES & VACCINES, INC.,

Appellant,

v.

Robert M. Gates, SECRETARY OF THE DEPARTMENT OF DEFENSE,

Appellee.

On Appeal from the Armed Services Board of Contract Appeals, in No. 54930. Administrative Judge Carroll C. Dicus, Jr.

# APPENDIX

PROSKAUER ROSE LLP
Joseph E. Casson
James P. Holloway
1001 Pennsylvania Avenue, N.W.
Suite 400 South
Washington, DC 20004
Tel: (202) 416-6800

PROSKAUER ROSE LLP
Bruce E. Fader
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

*Attorneys for Petitioner-Appellant*

# TABLE OF CONTENTS


| DESCRIPTION | PAGE NUMBER(S) |
|---|---|
| Armed Services Board of Contract Appeals' ("ASBCA") decision dated August 31, 2006 | 1 |
| Docket Sheet | 17 |
| Appellee's Rule 4 File | 21 |
| Appellant's Complaint | 130 |
| Appellee's Answer to Appellant's Complaint | 155 |
| Appellant's Request for Hearing dated April 7, 2005 | 167 |
| Appellee's Motion For Summary Judgment | 168 |
| Appellant's Letter to the ASBCA dated June 14, 2005, regarding proposed hearing dates and other procedural issues | 180 |
| Appellant's letter to the ASBCA dated August 12, 2005, opposing Appellee's motion for summary judgment and submitting cross-motion for summary judgment | 182 |
| Appellee's Reply to Appellant's Response to Motion for Summary Judgment | 204 |
| Appellant's Letter to the ASBCA dated October 19, 2005, in response to Appellee's Reply to Appellant's Response to Motion for Summary Judgment | 208 |