ARMED SERVICES BOARD OF CONTRACT APPEALS
SKYLINE 6
5109 LEESBURG PIKE
FALLS CHURCH VA 22041-3208
Telephone: (703) 681-8502

8 January 2007

Mr. Jan Horbaly, Clerk
United States Court of Appeals
for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: GENERAL INJECTABLES v DEFENSE
United States Court of Appeals for the Federal Circuit 2007-1119
(ASBCA No. 54930)

Dear Mr. Horbaly:

Pursuant to Rule 17(b) of the Federal Rules of Appellate Procedure and Rule 17(b)(2) of the Rules of the United States Court of Appeals for the Federal Circuit, the attached printed list of docket entries of documents filed in the above appeal is provided in lieu of the record and shall constitute the filing of the record. Also attached is a certified copy of the decision appealed.

In addition, this is to certify that on 8 January 2007 a copy of this list in the appeal of General Injectables & Vaccine, Inc. was mailed to the following:

✓ Joseph E. Casson, Esq.
James P. Holloway, Esq.
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Kathleen D. Hallam, Esq.
Office of Counsel
Defense Supply Center - Philadelphia
DSCP-G
700 Robbins Avenue, Building 36 - 3rd Floor
Philadelphia, PA 19111-5092

David M. Cohen, Esq.
Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington DC 20530

Sincerely,

CATHERINE A. STANTON
Recorder

Enclosure

Run Date: 01/08/07 at 7:45 AM

Armed Services Board of Contract Appeals
Appeal Event Report

BCA 54930

Appeal of --

General Injectables & Vaccines, Inc

Current Status - Disposed 08/31/2006

This case is not consolidated

Contract(s): SP-0200-04-D-0003

Service - Defense Logistics Agency

Judge Assigned: Carroll C. Dicus, Jr.

Date Appearing on Appellant's Notice of Appeal, (NOA) - 02/10/2005
Date NOA was time stamped received by the ASBCA - 02/10/2005
Date the appeal was docketed, i.e. entered into the tracking system - 02/10/2005
Date NOA acknowledgement sent - 02/10/2005
Rule 4 Due Date - 03/21/2005
Complaint Due Date - 03/21/2005
Respondent's Answer Due Date - 04/20/2005

------------ COUNSEL OF RECORD ------------

General Injectables & Vaccines, Inc - Appellant's counsel:
Joseph E. Casson, Esq., LEAD, Work (202)416-6800, Fax (202)416-6899
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Susan A. Turner, Esq., CO, Work (202)416-6800, Fax (202)416-6899
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Government - Respondent's counsel:
Kathleen D. Hallam, Esq., LEAD, Work (215)737-2647
Office of Counsel, DSCP-G
Defense Supply Center - Philadelphia
700 Robbins Avenue
Building 36 - 3rd Floor
Philadelphia, PA 19111-5092

------- CHRONOLOGICAL EVENT LISTING --------

01/08/2007 Sent Certified List to Federal Court

01/05/2007 Request from Federal Court to Send Certified List
01/04/2007 Incoming Document Date or Date of Request
Event Remarks:
Contractor appealed to Federal Circuit. Fed Cir.

2007-1119.

08/31/2006 Decision on the Merits (Dispositive)
Event Remarks:
Government's motion for summary judgment is granted and appellant's motion for summary judgment is denied.
Gov't rec'd 09/05/2006.

08/31/2006 Decision on the Merits (Nondispositive)
Event Remarks:
Appellant's motion for summary judgment is denied.

04/20/2006 Judge Assignment - Dicus, Jr., Carroll C.
Acting Judge(s): Dicus, Jr.

02/14/2006 Attorney Assigned - Susan A. Turner, Esq.

10/20/2005 Response to Motion - General Injectables & Vaccin
10/19/2005 Incoming Document Date or Date of Request
Event Remarks:
APP'S RESPONSE TO GOVT'S REPLY TO APP'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT. REC'D 20 OCT 05

09/20/2005 Response to Motion
return/tickler date 10/27/05
Correspondence Addressed to: APPELLANT
Event Remarks:
TO GOVT'S REPLY TO APP'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT.

09/14/2005 Response to Motion - Government
09/13/2005 Incoming Document Date or Date of Request
Event Remarks:
GOVT'S REPLY TO APP'S RESPONSE TO GOVT'S MOTION FOR SUMMARY JUDGMENT. REC'D 14 SEP 05

08/15/2005 Response to Motion
return/tickler date 09/21/05
Correspondence Addressed to: GOVERNMENT
Event Remarks:
TO APP'S RESPONSE TO GOVT'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT.

08/15/2005 Motion for Summary Judgment - General Injectables
Action = Denied on 08/31/06

08/12/2005 Response to Motion - General Injectables & Vaccin
08/12/2005 Incoming Document Date or Date of Request
Event Remarks:
TO GOVT'S MOTION FOR SUMMARY JUDGMENT. REC'D 12 AUG 05

07/14/2005 Response to Motion
return/tickler date 08/22/05
Event Remarks:
TO GOVT'S MOTION FOR SUMMARY JUDGMENT

07/13/2005 Miscellaneous Correspondence - Government
07/12/2005 Incoming Document Date or Date of Request
Event Remarks:
GOVT EXH 1 TO ITS MOTION FOR SUMMARY JUDGMENT. REC'D 13 JUL 05.

07/11/2005 Motion for Summary Judgement - Government
07/08/2005 Incoming Document Date or Date of Request

Action = Granted on 08/31/06
Event Remarks:
REC'D 11 JUL 05

06/15/2005 Miscellaneous Correspondence - General Injectable
06/14/2005 Incoming Document Date or Date of Request
Event Remarks:
RESPONSE TO BOARD ORDER DATED 19 APR 05. REC'D 15 JUN 05

05/31/2005 Miscellaneous Correspondence - Government
05/25/2005 Incoming Document Date or Date of Request
Event Remarks:
RESPONSE TO BOARD ORDER DATED 19 APR 05

04/19/2005 Order
return/tickler date 06/27/05
Correspondence Addressed to: BOTH
Event Remarks:
PARTIES ARE DIRECTED TO INFORM BOARD A) WHETHER THE PARTIES WISH TO CONSIDER ADR, B) WHETHER EITH PARTY OBJECTS TO ANY DOCUMENTS SUBMITTED THUS FAR UNDER BOARD RULE 4, C) PARTIES SHALL JOINTLY PROPOSE THREE HEARING DATES, EXPECTED LENGTH AND LOCATION, IF OTHER THAN THE BOARD'S OFFICES. ALSO, INCLUDE A PROPOSED DISCOVERY SCHEDULE.

04/08/2005 Hearing Request - General Injectables & Vaccines,
04/07/2005 Incoming Document Date or Date of Request
Action = awaiting action

03/31/2005 Answer Filed Acknowledgement Sent

03/31/2005 Answer Filed - Government
03/28/2005 Incoming Document Date or Date of Request

03/14/2005 Complaint Filed Acknowledgement Sent

03/14/2005 Complaint Filed
03/14/2005 Incoming Document Date or Date of Request
Event Remarks:
REC'D 14 MAR 05 BY FAX

03/09/2005 Rule 4 Filed - Government
03/04/2005 Incoming Document Date or Date of Request
Event Remarks:
TABS 1 THRU 18 (1 BINDER)

03/02/2005 Judge Assignment - Burns, Alice R.
Acting Judge(s): Burns

02/10/2005 Docketing Notice

02/10/2005 Attorney Assigned - Joseph E. Casson, Esq.

02/10/2005 Attorney Assigned - Kathleen D. Hallam, Esq.

02/10/2005 Judge Assignment - Hirsch, Valerie G.S.
Acting Judge(s): Hirsch