# Tab 4

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| DD# 04004 | 1 \| 7 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 00003 | MAR 24, 2004 | | |

| 6. ISSUED BY CODE SP0200 | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| DEFENSE SUPPLY CENTER PHILADELPHIA<br>700 ROBBINS AVE, ATTN: DSCP-MGAA<br>PHILA., PA 19111-5092<br>BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC<br>PHONE: 215-737-5768 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>SP0200-04R-0005 |
| | | 9B. DATED (SEE ITEM 11)<br>14 JAN 2004 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended. [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

REVISED OFFERS ARE REQUESTED BASED ON THE CHANGES CONTAINED ON THE FOLLOWING PAGES.

CLOSING DATE FOR RECEIPT OF REVISED OFFERS IS MARCH 29, 2004 AT 12:00 NOON EST.

FAX RESPONSES ARE AUTHORIZED TO THE FOLLOWING FAX NUMBERS: 215-737-9300, 9301, 9302, AND 9303.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| James W. Short, Vice President | | ANNA PODLAS | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>3/29/04 | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE PerFORM (DLA) STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

**Amendment 00003**

Revised offers are requested based on the following revisions to referenced solicitation:

1. Replace pages 6-8 of solicitation with attached pages 5-7 of this Amendment. Changes are summarized as follows:

a) Total Annual Estimated doses are revised from 3,588,050 to 3,769,900.

b) CLIN 0001 Annual Estimated Qty is revised from 347,680 Vials to 324,066 Vials.

c) CLIN 0002 has been added (for immunizing individuals 6 months to 4 years of age). Annual Estimated Qty has been established at 35,464 Vials.

d) CLIN 0003 Annual Estimated Qty is revised from 11,125 Packages to 17,460 Packages.

e) Guaranteed Minimums for each CLIN are established as follows:
CLIN 0001: 30% of Annual Estimated Quantity
CLIN 0002: 100% of Annual Estimated Quantity
CLIN 0003: 100% of Annual Estimated Quantity

f) Annual Maximum Quantity for each CLIN is established as follows:
CLIN 0001: 405,083 Vials (25% of Annual Estimated Quantity)
CLIN 0002: 44,330 Vials (25% of Annual Estimated Quantity)
CLIN 0003: 21,825 Packages (25% of Annual Estimated Quantity)

g) Delivery: Dependent upon FDA release of vaccine, 50% of each awarded CLIN quantity shall be delivered during the month of September with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. The remaining 50% of each awarded CLIN quantity shall be delivered during the month of Oct with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

2. All offerors shall comply with Department of Veterans Affairs (DVA) policy contained in DVA letter dated March 17, 2003 (copy attached). This policy shall apply to the 2004-2005 influenza season. Contractor shall copy the Contracting Officer on the letter to DVA referenced on Page 2, item (A) of the DVA's 3/17/2003 "Dear Manufacturer" letter.
If Provisional Federal Ceiling Prices (FCPs) are established and known prior to award, offered prices under this solicitation/contract may not exceed the Provisional FCPs. If Provisional FCPs are not established at time of award, the following requirements apply:

(1) Upon establishment of the Provisional FCP, the contractor shall so notify the Contracting Officer in writing by NLT 10 calendar days of the Provisional FCP.

(2) If the contract price is higher than the Provisional FCP, the contract price will be reduced by unilateral modification to the Provisional FCP.

**Amendment 00003**

(3) All items not delivered and invoiced by the date the Provisional FCP is established, shall be priced at the Provisional FCP.

(4) DSCP shall be entitled to, at its discretion, either a refund under the current contract or a credit under a future contract, for all sales made under the contract at a price that exceeds the Provisional FCP.

3. Clause 52.216-8, Ordering (Oct 1995) is revised as follows:

Add to the end of paragraph (a) – [If additional Influenza Vaccine is available from the contractor, delivery orders may be issued up to one year after the date of award of this contract. The price of any orders may not exceed the Federal Ceiling Price (FCP) in effect at time of order placement, delivery, and invoicing. If any sale occurs at a price higher than the FCP in effect at time of order placement, delivery, and invoicing, the Government shall be entitled to, at its discretion, either a refund under the current contract or a credit under a future contract.]

4. Clause 52.216-19, Order Limitation (Oct 1995) is revised as follows:

Paragraph (b)(1) is revised to read "Any order for a single item in excess of *the Maximum Quantity established for the CLIN.*"

5. The following two clauses are deleted:

DFARS 252.225-7000, Buy American Act-Balance of Payments Program Certificate (Apr 2003) DFARS, (page 46 of the solicitation).

DFARS 252.225-7035,Buy American Act-North American Free Trade Agreement Implementation Act-Balance of Payments Program Certificate (Apr 2003) DFARS, (pages 48 and 49 of the solicitation).

6. Under 252.212-7001, Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of commercial Items (Oct 2003) DFARS:

Add 252.225-7021, Trade Agreements (Aug 2003)

Delete 252.225-7036, Buy American Act—North American Free Trade Agreement Implementation Act—Balance of Payments Program (Apr 2003)

7. In order to monitor the temperature ranges during transit, the contractor is required to place one TempTale 4 (TT4) temperature monitor into 5 randomly chosen boxes for each full truck-load shipment to each requested destination (2 monitors will be required for less than a full truck-load). The contractor shall place an "X" or some other identifying mark on the boxes containing the monitors to alert the receiving depot to their location. These monitors will be provided free of charge to the contractor. The placement of these monitors will be at no additional cost to the Government.

**Amendment 00003**

8. Item description contained in specification sheet for CLIN 0002 (pages 25-26) of solicitation is corrected to read '…for immunizing persons 6 months to 4 years of age.'

9. Product is acceptable on a non-returnable basis. Return privileges shall not apply except for vaccine not conforming to the specifications, which shall be limited to credit or exchange only.

10. A revised offer is requested based on the above changes by the closing date of March 29, 2004 at 12:00 EST. Fax responses are authorized to the following fax numbers: 215-737-9300, 9301, 9302, and 9303.

ADDENDUM TO STANDARD FORM 1449 (continued)

6. Continuation of Blocks 19-24:

SCHEDULE OF SUPPLIES/SERVICES

Annual requirements are estimated at *3,769,900* Million doses. The Government reserves the right to award all or some of the following line items. The Government also reserves the right to make split awards for all or some of the listed items.

ITEM NO. DESCRIPTION
0001 INFLUENZA VIRUS VACCINE,
USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

0001AA
*ANNUAL ESTIMATED QUANTITY: *324.066* Vials (or *3,240,660* doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 20,934,663.60

ITEM NO. DESCRIPTION
0002 INFLUENZA VIRUS VACCINE,
USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL
(For immunizing individuals *6 months of age to 4 years of age*)

0002AA
*ANNUAL ESTIMATED QUANTITY: *35,464* Vials (or *354,640* doses)

UNIT: VI

UNIT PRICE: $ No Bid /Vial

TOTAL: $______

6. Continuation of Blocks 19-24:

SCHEDULE OF SUPPLIES/SERVICES (CONTINUED)

ITEM NO. DESCRIPTION
0003 INFLUENZA VIRUS VACCINE,
USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S
(For immunizing individuals 6 months of age and older OR 4 years of age and older)
0003AA
*ANNUAL ESTIMATED QUANTITY: *17,460* Packages (or *174,600* doses)

UNIT: PG

UNIT PRICE: $ 86.00 /Package

TOTAL: $ 1,501,560.00

*FIRM ORDERS SHALL BE PROVIDED NO LATER THAN MAY 15, 2004.

GUARANTEED MINIMUM:
*Guaranteed Minimums for each CLIN are established as follows:*
*CLIN 0001: 30% of Annual Estimated Quantity*
*CLIN 0002: 100% of Annual Estimated Quantity*
*CLIN 0003: 100% of Annual Estimated Quantity*

ANNUAL MAXIMUM QUANTITY:
Offerors on the present solicitation for an "Indefinite Quantity Contract (IQC)" are cautioned that the "annual estimated quantity" is the most realistic quantity expected to be ordered. The "annual maximum" is an inflated figure necessitated by Government concerns for continued contract coverage in spite of erratic or unforecasted demands. Offers should be based on the "annual estimated quantity".
*Annual Maximum Quantity for each CLIN are established as follows:*
*CLIN 0001: 405,083 Vials (25% of Annual Estimated Quantity)*
*CLIN 0002: 44,330 Vials (25% of Annual Estimated Quantity)*
*CLIN 0003: 21,825 Packages (25% of Annual Estimated Quantity)*

6. Continuation of Blocks 19-24:

**SPLIT AWARDS:**
The Government intends to split the award of Line Item 0001, only, based on a 70/30 split (The Government, however, still reserves the right to award 100% of the quantity to one offeror should circumstances warrant.) The lowest responsible/responsive offeror will be awarded 70% of the total quantity of Line Item 0001. The second lowest responsible/responsive offeror will be awarded 30% of the total quantity. This split must be awarded to two different vendors offering vaccine from two different manufacturers.

**DELIVERY:** *Dependent upon FDA release of vaccine, 50% of each awarded CLIN quantity shall be delivered during the month of September with a specified percentage (to be agreed upon during negotiations) delivered every week or every other week. The remaining 50% of each awarded CLIN quantity shall be delivered during the month of Oct with a specified percentage(to be agreed upon during negotiations) delivered every week or every other week. Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.*

**SHIP-TO LOCATIONS:**
(Contract must call 800-307-8496 to schedule delivery)
ST3101
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

OR:

Anywhere within the Continental limits of the United States (See individual Delivery Order)

**FOB:** DESTINATION

**INSPECTION/ACCEPTANCE:** DESTINATION

# Tab 5

TOTAL P.02

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: DD# 04004 | PAGE 1 OF 1 PAGES

2. AMENDMENT/MODIFICATION NO.: 00004
3. EFFECTIVE DATE: MAR 29, 2004
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, ATTN: DSCP-MGAA
PHILA., PA 19111-5092
BUYER/SYMBOL: ANNA PODLAS/DSCP-MGAA-PGC
PHONE: 215-737-5768

7. ADMINISTERED BY (If other than Item 6) — CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

(X) 9A. AMENDMENT OF SOLICITATION NO.: SP0200-04R-0005
9B. DATED (SEE ITEM 11): 14 JAN 2004
10A. MODIFICATION OF CONTRACT/ORDER NO.:
10B. DATED (SEE ITEM 13):

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CLOSING DATE FOR RECEIPT OF REVISED OFFERS IS EXTENDED TO MARCH 30, 2004 AT 12:00 NOON EST.

FAX RESPONSES ARE AUTHORIZED TO THE FOLLOWING FAX NUMBERS: 215-737-9300, 9301, 9302, AND 9303.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Tracy Puckett, Mgr. Contracts.

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): ANNA PODLAS

15B. CONTRACTOR/OFFEROR: Tracy Puckett (Signature of person authorized to sign)

15C. DATE SIGNED: 3/30/04

16B. UNITED STATES OF AMERICA BY ______ (Signature of Contracting Officer)

16C. DATE SIGNED:

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
PerFORM (DLA)
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# Tab 6

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MGAA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY REFER TO

DSCP-MGAA-PGC (A. PODLAS /X5768)

1 April 2004

Subject: Solicitation SP0200-04-R-0005

To: General Injectables and Vaccines, Inc.
P. O. Box 9
Bastian, VA 24314

Negotiations are hereby closed on referenced solicitation. Request a Final Proposal Revision be submitted by 12:00 Noon local time, 2 April 2004. Late offers will be subject to the Late Submissions, Modification, and Withdrawal of Proposals Clause referenced in the solicitation (FAR 52.215.10). All other terms and conditions of the solicitation remain unchanged.

SUPPLIES

Annual requirements are estimated at *3,769,900* Million doses. The Government reserves the right to award all or some of the following line items. The Government also reserves the right to make split awards for all or some of the listed items.

ITEM NO. 0001

DESCRIPTION
**INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

0001AA
*ANNUAL ESTIMATED QUANTITY: *324,066* Vials (or *3,240,660* doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 24,353,554.00

ITEM NO. 0002

DESCRIPTION
**INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, 10 DOSE VIAL**
(For immunizing individuals *6 months of age to 4 years of age*)

0002AA
*ANNUAL ESTIMATED QUANTITY: *35,464* Vials (or *354,640* doses)

UNIT: VI

UNIT PRICE: $ 64.60 /Vial

TOTAL: $ 2,290,974.40

**ITEM NO.** 0003

**DESCRIPTION**
**INFLUENZA VIRUS VACCINE, USP, TRIVALENT, 0.5 ML DOSE, SYRINGE, 10'S**
(For immunizing individuals 6 months of age and older OR 4 years of age and older)

0003AA
*ANNUAL ESTIMATED QUANTITY: *17,460* Packages (or *174,600* doses)

UNIT: PG

UNIT PRICE: $86.00 /Package

TOTAL: $1,501,560.00

DELIVERY:
Dependent upon FDA release of vaccine, delivery will be as follows:
25% of each awarded CLIN quantity no later than 30 Sep 2004
25% of each awarded CLIN quantity no later than 31 Oct 2004
50% of each awarded CLIN quantity no later than 30 Nov 2004

All efforts should be made to split monthly deliveries evenly during each month. This is the Government's minimum delivery requirement. However, contractors are permitted and encouraged to accelerate deliveries at no additional cost to the Government.
Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

Contract unit prices resulting from this Solicitation shall be increased by any applicable federal excise tax should this tax be imposed on Influenza Virus Vaccine for the 2004-2005-influenza virus season. The contractor warrants in writing that no amount for this possible excise tax was included in its offered unit prices as a contingency reserve or otherwise.

The Contractor shall promptly notify the Contracting Officer of all matters relating to this excise tax that reasonably may be expected to result in a price increase. If and when the excise tax is imposed and an effective date established, the Contracting Officer shall negotiate an equitable adjustment in contract price and/or increase the contract unit prices, as appropriate.

All other terms and conditions remain unchanged.

Authorized Fax Numbers are: (215) 737-9300 or 9301, 9302, or 9303.

Anna Podlas
Anna Podlas
Contracting Officer

# Tab 7

GENERAL INJECTABLES
& VACCINES, INC.
P.O. Box 9
Bastian, VA 24314
800-270-2273

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Anna Podlas | FROM: Tracy Puckett |
| COMPANY TO: | DATE: 4/15/03 |
| RECIPIENT'S FAX NUMBER: 215-737-9300 | TOTAL NO. OF PAGES INCLUDING COVER: 12 |
| GIV'S FAX NUMBER: 276-688-2054 | GIV'S PHONE NUMBER: 276-688-4121 # 3051 |
| RE: Department of Defense Flu Solicitation # SP0200-04R-005 | |

☐ URGENT ☐ FOR YOUR REVIEW ☐ PLEASE ADVISE ☐ FOR YOUR INFORMATION ☐ YOUR COPY

NOTES/COMMENTS:

Attached you will find Amendments # 3 and # 4 to the above referenced solicitation. Please note that GIV proposes the following delivery schedule contingent upon release of product from the manufacturer.

By 9/30/04 - 25%
By 10/8/04 - 20%
By 10/15/04 - 20%
By 10/22/04 - 20%
By 10/29/04 - 15%

Do not hesitate to contact me should you have any questions.

# Tab 8

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER:

PAGE 1 OF 3

2. CONTRACT NO.: SP0200-04-D-0003

3. AWARD/EFFECTIVE DATE: 04/21/2004

4. ORDER NUMBER:

5. SOLICITATION NUMBER: SP0200-04-R-0005

6. SOLICITATION ISSUE DATE:

7. FOR SOLICITATION INFORMATION CALL: a. NAME: ANNA PODLAS; b. TELEPHONE NUMBER *(No collect calls)*: 215-737-5768

8. OFFER DUE DATE/ LOCAL TIME:

9. ISSUED BY — CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MGAA
700 ROBBINS AVENUE
BUILDING #6
PHILADELPHIA, PA 19111-5092

10. THIS ACQUISITON IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS: 325414
SIZE STANDARD: 750

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE

12. DISCOUNT TERMS: NET 30 DAYS

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING: DO-C9

14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [x] RFP

15. DELIVER TO — CODE

SEE SCHEDULE

16. ADMINISTERED BY — CODE S5111A

DCMA SOUTHERN VIRGINIA
190 BERNARD RD, BLDG 117
FORT MONROE, VA 23651

17a. CONTRACTOR/ OFFEROR — CODE 65307 — FACILITY CODE

GENERAL INJECTABLES & VACCINES, INC.
ROUTE 21-52, TERRACE HILL
P.O. BOX 9
BASTIAN, VA 24314
ATTN: MS. TRACY PUCKETT
TELEPHONE NO. 276-688-4121

18a. PAYMENT WILL BE MADE BY — CODE HQ0338

DFAS-CO/SOUTH ENTITLEMENT OPERATIONS
P.O. BOX 182264
COLUMBUS, OH 43218-2264

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE ATTACHED PAGES | | | | |

MASTER FILE COPY DO NOT REMOVE

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA: MG 97X4930 5CM0 01 26.0 S33150 (ANNUAL ESTIMATE)

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*: $16,155,811.60

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[x] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [x] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[x] 29. AWARD OF CONTRACT: REF. 04-R-0005 OFFER DATED 01/14/2004. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*: Anna Podlas

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*: ANNA PODLAS

31c. DATE SIGNED: 4-21-04

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

| CONTINUATION SHEET | SP0200-04D-0003 | PAGE 2 OF 3 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

## SCHEDULE

| ITEM | SUPPLIES | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 0001 | NSN 6505-01-517-0341<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), USP, 0.5 ML DOSE, 10 DOSE VIAL FOR IMMUNIZING PERSONS FOUR YEARS OF AGE AND OLDER | | | | |
| | | ANNUAL ESTIMATE | | | |
| 0001AA | | 226,846 | VI | $64.60 | $14,654,251.60 |
| 0003 | NSN 6505-01-517-0347<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), 0.5 ML DOSE, SYRINGE UNIT, 10'S FOR IMMUNIZING PERSONS 4 YEARS OF AGE AND OLDER | | | | |
| | | ANNUAL ESTIMATE | | | |
| 0003AA | | 17,460 | PG | $86.00 | $1,501,560.00 |
| TOTAL | | | | | $16,155,811.60 |

**Guaranteed Minimum Quantities:**
CLIN 0001: 30% of Annual Estimated Quantity (68,054 Vials)
CLIN 0002: 3 100% of Annual Estimated Quantity (17,460 Packages)

**Annual Maximum Quantities:**
CLIN 0001: 283,558 Vials (25% of Annual Estimated Quantity)
CLIN 0002: 3 21,825 Packages (25% of Annual Estimated Quantity)

**SHIP TO:**
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

NOTE: Contractor must call 800-307-8496 to schedule delivery with Depot
Deliveries may also be requested anywhere within the continental limits of the United States (as specified in Delivery Order)

**DELIVERY BY:**
Dependent upon FDA release of vaccine, delivery will be as follows:
25% of each awarded CLIN quantity no later than 30 Sep 2004
25% of each awarded CLIN quantity no later than 31 Oct 2004
50% of each awarded CLIN quantity no later than 30 Nov 2004

| CONTINUATION SHEET | SP0200-04D-0003 | PAGE 3 OF 3 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

All efforts should be made to split monthly deliveries evenly during each month. This is the Government's minimum delivery requirement. However, contractors are permitted and encouraged to accelerate deliveries at no additional cost to the Government.

Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

**VARIATION IN QUANTITY:**
Shall be plus 8%.

**INSPECTION AND ACCEPTANCE:**
Shall be at destination

**FOB POINT:**
Prices are FOB Destination

**TIN #:**
54-1251527

**DUNS #:**
10-825-0663

**CONTINUATION OF BLOCK 29:**
Amendment 0001
Amendment 0002
Amendment 0003
Amendment 0004
Request for Final Proposal

**MANUFACTURING AND PACKAGING/PACKING LOCATION:**
Chiron Vaccines
Liverpool, England

**SOURCE OF RAW MATERIALS:**
Same as manufacturing location

**PAYMENT ADDRESS:**
General Injectables & Vaccines, Inc.
c/o Mellon Bank
Box 223028
Pittsburgh, PA 15251-2028

# Tab 9

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 5

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 800101 | 1 OCT 2004 | | |

6. ISSUED BY CODE SC0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, BLDG #6 (DSCP-MGAA)
PHILADELPHIA, PA 19111
BUYER: A. PODLAS (DSCP-MGAA-PGC) 215-737-5768

7. ADMINISTERED BY (If other than Item 6) CODE S5111A

DCMA SOUTHERN VIRGINIA
190 BERNARD RD, BLDG 117
FORT MONROE, VA 23651

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

GENERAL INJECTABLES & VACCINES, INC
ROUTE 21-52, TERRACE HILL
P.O. BOX 9
BASTIAN, VA 24314
ATTN: MR. TRACY PUCKETT

CODE 65307 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO.
SP0200-04D-0003-8001

10B. DATED *(SEE ITEM 13)*
21 APRIL 2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
NO CHANGE IN DOLLAR VALUE

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ✓ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*such as changes in paying office, appropriation date, etc.*) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☑ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

SEE ATTACHED PAGES FOR PARTIAL DIVERSION OF CONTRACT QUANTITY

MASTER FILE COPY DO NOT REMOVE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF SIGNER (Type or print) | |
|---|---|---|---|
| | | ANNA PODLAS CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY Anna Podlas (Signature of Contracting Officer) | 10/1/2004 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | SP0200-04D-0003-8001 800101 | PAGE 2 OF 5 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

A quantity of 6,335 vials initially under CLIN 0001AA (initial quantity 228,846 vials) is being diverted to different shipping locations as indicated below. CLIN 0001AB is being established to reflect this change. Contractor shall place a DSCP provided TT4 temperature monitor in each of the direct delivery shipments. Temperature monitors shall be placed into shipments made to Defense Distribution Depot Susquehanna as specified in Amendment 0003.

The schedule of supplies is revised as follows:

| ITEM | SUPPLIES | QUANTITY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 0001 | NSN 6505-01-517-0341<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), USP, 0.5 ML DOSE, 10 DOSE VIAL FOR IMMUNIZING PERSONS FOUR YEARS OF AGE AND OLDER | | | | |
| 0001AA | | 220,511 | VI | $64.60 | $14,245,010.60 |
| 0001AB | | 6,335 | VI | $64.60 | $409,241.00 |
| 0003 | NSN 6505-01-517-0347<br>INFLUENZA VIRUS VACCINE, TRIVALENT, SPLIT OR PURIFIED SURFACE ANTIGEN (PSA), 0.5 ML DOSE, SYRINGE UNIT, 10'S FOR IMMUNIZING PERSONS 4 YEARS OF AGE AND OLDER | | | | |
| 0003AA | | 17,460 | PG | $86.00 | $1,501,560.00 |
| TOTAL | | | | | $16,155,811.60 |

## DIVERTED QUANTITIES

1. **NH Lemoore, CA, Document No. N6609541954263** **250 vials**

**Ship To:** Naval Hospital Lemoore
ATTN: Pharmacy Department
937 Franklin Ave.
Lemoore, CA 93246-0001
**Mark For:** N6609541954263
Primary POC: LT William E. Kelly, wekelly@nhlem.med.navy.mil, (559) 998-2825
Alternate POC: HM1 Joseph Bone, jwbone@nhlem.med.navy.mil, (559) 998-3239

2. **NH Pensacola, FL, Document No. N0020342114903** **500 vials**

**Ship To:** Naval Hospital
Building 2269
6000 West, Highway 98
Pensacola, FL 32512
**Mark For:** N0020342114903
Receiving Individual: Jim Howell, (850) 505-6044
NOTE: Request shipment be made on a Monday

| CONTINUATION SHEET | SP0200-04D-0003-8001<br>800101 | PAGE 3 OF 5 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

Primary POC: Stara Wilkins, stara.d.wilkins@pcola.med.navy.mil, (850) 505-6628 DSN 534
Alternate POC: Ms. Joyce Lee, joyce.m.lee@pcola.med.navy.mil, (850) 505-6258

**3. NMC Patuxent River, MD, Document No. N660984212X008** **535 vials**
**Ship To:** Naval Medical Clinic Patuxent River
47419 Buse Road
Patuxent River, MD 20670
**Mark For:** N660984212X008
Primary POC: LTJG Martin, njmartin@us.med.navy.mil, (301) 342-4062
Alternate POC: HM1 Jackson, jdjackson@us.med.navy.mil, (301) 757-0144

**4. NH Cherry Point, NC, Document No. N6609442024246** **850 vials**
**Ship To:** Receiving Department
Naval Hospital
Building 4389 Beaufort Road
Cherry Point, NC 28533
**Mark For:** N6609442024246
Primary POC: HM2 Jason Hall, jphall@nhcp.med.navy.mil, (252) 466-0215
Alternate POC: CDR John Manning, jtmanning@nhcp.med.navy.mil, (252) 466-0239

**5. NH Oak Harbor, WA, Document No. N6609741964634** **800 vials**
**Ship To:** LTJG Nefczyk
Commanding Officer
Naval Hospital Oak Harbor
Code 312
3475 North Saratoga
Oak Harbor, WA 98278-8800
**Mark For:** N6609741964634
Primary POC: LTJG Julia Nefczyk, janefczyk@nhoh.med.navy.mil, (360) 257-5336
Alternate POC: LT Matthew Sullivan, mwsullivan@nhoh.med.navy.mil, (360) 257-5336

**6. NH Bremerton, WA, Document No. N6809542024575** **500 vials**
**Ship To:** Medical Warehouse-Pharmacy
Naval Hospital
One Boone Rd.
Bremerton, WA 98312
**Mark For:** N6809542024575
Primary POC: Mr. Larry Logan, loganl@pnw.med.navy.mil, (360) 475-4423
Alternate POC: Mr. Jess Santos, santosj@pnw.med.navy.mil, (360) 475-5037

**7. Ship To:**

FM2855 4231 9998 240 VI

FM2855 311 MDS/SGSL

8045 CROUCH ROAD, BLDG 1163

PHONE: (210) 536-2234

BROOKS CITY-BASE TX 78235-5315

| CONTINUATION SHEET | SP0200-04D-0003-8001<br>800101 | PAGE 4 OF 5 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

**8. Ship To:**

FM3022 4231 9998 — 385 VI

FM3022 14 MDSS/SGSL

CML PHN 662-434-2152

201 INDEPENDENCE DR STE 109

COLUMBUS AFB MS 39710-5300

**9. Ship To:**

FM4484 4231 9998 — 715 VI

FM4484 305 MDSS/SGSL

3458 NEELY RD

MCGUIRE AFB NJ 08641

**10. Ship To:**

FM4528 4231 9998 — 460 VI

FM4528 5 MDG SGSL

CML PHN 701 723 5240

10 MISSILE AVE

MINOT AFB ND 58705-5024

**11. Ship To:**

FM2500 4231 9998 — 700 VI

21 MDSS/SGSL FM2500

559 VINCENT STREET

BUILDING 959

PETERSON AFB CO 80914-5000

**12. Ship To:**

FM4610 4231 9998 — 380 VI

FM4610 30 MDSS/SGSL

BUILDING 13850

338 SOUTH DAKOTA AVENUE

VANDENBERG AFB CA 93437-6307

| CONTINUATION SHEET | SP0200-04D-0003-8001<br>800101 | PAGE 5 OF 5 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

<u>CLIN 0001AA AND 0003AA SHIP TO:</u>
DEFENSE DISTRIBUTION DEPOT SUSQUEHANNA
MECHANICSBURG FACILITY
5450 CARLISLE PIKE
BUILDING 12 DOOR 8 M ST
MECHANICSBURG, PA 17055-0789

NOTE: Contractor must call 800-307-8496 to schedule delivery with Depot

Deliveries may also be requested anywhere within the continental limits of the United States (as specified in Delivery Order)

<u>CLIN 0001AB SHIP TO:</u>
AS INDICATED ABOVE

NOTE: Contractor must provide carrier and tracking number for each direct delivery shipment to the DSDCP Contracting Officer as soon as the information becomes available.

<u>CLIN 0001AA AND 0003AA DELIVERY BY:</u>
Dependent upon FDA release of vaccine, delivery will be as follows:
25% of CLIN quantity no later than 30 Sep 2004
25% of CLIN quantity no later than 31 Oct 2004
50% of CLIN quantity no later than 30 Nov 2004

All efforts should be made to split monthly deliveries evenly during each month. This is the Government's minimum delivery requirement. However, contractors are permitted and encouraged to accelerate deliveries at no additional cost to the Government.
Orders placed after the May 15, 2004 (dependent upon product availability) shall be delivered within one week of award date of Delivery Order.

<u>CLIN 0001AB DELIVERY BY:</u>
Contractor will be directed by the DSCP Contracting Officer as to when the direct shipments are to be made based upon contractor notification that a DSCP vaccine shipment has been scheduled.

<u>VARIATION IN QUANTITY:</u>
Shall be plus 8%.

<u>INSPECTION AND ACCEPTANCE:</u>
Shall be at destination

<u>FOB POINT:</u>
Prices are FOB Destination

# Tab 10

**Podlas, Anna (DSCP)**

**From:** Podlas, Anna (DSCP)
**Sent:** Wednesday, July 07, 2004 9:49 AM
**To:** Bollendorf, Steven (DSCP)
**Cc:** Althouse, Janet (DSCP)
**Subject:** GIV Flu Update

Steve,

I spoke with Mr. James "Tinker" Short at GIV yesterday afternoon. He said that last week Mr. Helsby (Supplies Manager from Chiron Vaccines) visited GIV. There have not been any manufacturing problems experienced to date and everything is going well. GIV anticipates receiving a delivery schedule from Chiron the end of this week. The first shipment (quantity not certain yet) is anticipated in August. Mr. Short told me that by the end of next week he would be able to give me a better idea of when and how much GIV would ship DSCP in the coming months.

As far as making direct vendor deliveries, Mr. Short indicated that GIV could do that for us.

As far as the Chiron getting FDA approval to market their product for 6 months of age and older...Chiron is very optimistic that this will be approved for the 2005/2006 season.

Anna

# Tab 11

**From:** Podlas, Anna (DSCP)
**Sent:** Wednesday, July 07, 2004 2:16 PM
**To:** 'tshort@giv.com'
**Cc:** 'Tracy Puckett'
**Subject:** 2004/2005 Flu season

Mr. Short,

Thanks for taking my call yesterday regarding the current status of the flu vaccine.

In answer to my question yesterday regarding whether GIV would be able to ship directly to our customers (if necessary) you indicated that it would be possible once the shipping location was established in your system and should not present a problem (since all shipments would be under the DSCP DEA license). Just wanted to confirm that the contract price would still remain the same if we decided to ship this way.

As we discussed, we would also like to know when DSCP deliveries will commence and the quantities to be shipped each week, or every other two weeks, as soon as possible. We need to alert our customer and our depot to facilitate the distribution process. If you could let me know as soon as this information is available, I would be extremely grateful.

Anna Podlas
Contracting Officer
215-737-5768
Anna.podlas@dla.mil

# Tab 12

**Podlas, Anna (DSCP)**

---

**From:** Tinker Short [tshort@GIV.com]
**Sent:** Monday, August 09, 2004 8:28 AM
**To:** 'Podlas, Anna (DSCP)'; Tinker Short; Tracy Puckett
**Cc:** Leslie Wellman; Lou Ferraro
**Subject:** RE: Projected Flu Vaccine Delivery Schedule

Anna,

Unfortunately we haven't received a delivery schedule yet from Chiron, as soon as I do we will reach out to you.

Thanks, Tinker

---

**From:** Podlas, Anna (DSCP) [mailto:Anna.Podlas@dla.mil]
**Sent:** Monday, August 09, 2004 7:55 AM
**To:** 'tshort@GIV.com'; 'Tracy Puckett'
**Subject:** Projected Flu Vaccine Delivery Schedule
**Importance:** High

Mr. Short,

Last we spoke you indicated that a delivery schedule would most likely be available this week. We will be meeting with representatives from the Military Services this Wednesday. If you have any info, could you please let me know by noon tomorrow? Everyone is very anxious to hear — so arrangements can be made.

Thanks,
*Anna Podlas*
Contract Specialist (DSCP-MGAA-PGC)
Phone (Com'l): (215) 737-5768
Phone (AV): 444-5768
Fax: (215) 737-2816
Email: anna.podlas@dla.mil

# Tab 13

HENRY SCHEIN®
Henry Schein, Inc. • 135 Duryea Road • Melville, NY 11747
GENERAL BUSINESS: 631-843-5500
FAX: 631-843-5680
http://www.henryschein.com

October 12, 2004

**VIA FAX AND REGULAR MAIL**

Commander Brian Kerr
Yvonne Poplawski
Department of Defense
700 Robbins Avenue
Philadelphia, PA 19111

Dear Commander Kerr and Ms. Poplawski:

This letter is to advise you that we have been informed by Chiron, our supplier of Fluvirin Influenza Vaccine, that it will not be able to supply any flu vaccine for the 2004-2005 flu season. As you have probably heard, the Medicines and Healthcare Products Regulatory Agency of the United Kingdom has temporarily suspended Chiron's license to manufacture Fluviron vaccine preventing the company from releasing any of the product for the 2004-2005 influenza season. As a consequence, we will be unable to fill any orders for Fluviron vaccine for the current flu season.

We deeply regret these unfortunate developments and we are doing everything possible to identify potential alternative sources of flu vaccine. However, because of the late timing of this unexpected development, we are not optimistic that we will be able to identify alternative sources of supply that could meet all or any portion of your order.

Sincerely,

Michael Racioppi

Cc: Louis Ferraro
Michael Ettinger

# Tab 14

# DETERMINATION AND FINDINGS

## Findings

1. DSCP's Directorate of Medical Materiel awarded an Indefinite Quantity Contract, SP0200-04D-0003, to General Injectables & Vaccines, Inc. (GIV) on April 21, 2004 to cover 70% of DoD's 2004/2005 Influenza Virus Vaccine requirements. The Annual Estimated Quantity under GIV's contract was 2,443,060 doses. The total Annual Estimated dollar value was $16,155,811.60. The items and Annual Estimated Quantities under the basic contract were as follows:

| CLIN | Item Description | NSN | Annual Estimate | U/I | U/P | Total Value |
|---|---|---|---|---|---|---|
| 0001 | Influenza Virus Vaccine 10 Dose Vial | 6505-01-517-0341 | 226,846 | VI | $64.60 | $14,654,251.60 |
| 0003 | Influenza Virus Vaccine Syringe Unit, 10's | 6505-01-517-0347 | 17,460 | PG | $86.00 | $1,501,560.00 |

For CLIN 00001:
Guaranteed Minimum Quantity was 68,054 vials.
The Annual Maximum Quantity was 283,558 vials.

For CLIN 0003:
Guaranteed Minimum Quantity was 17,460 packages.
The Annual Maximum Quantity was 21,825 packages.

Total Annual Maximum doses: 3,053,830

2. Delivery Order SP0200-04D-0003-8001 was issued to GIV on April 21, 2004 as follows:

| CLIN | Item Description | NSN | Quantity | U/I | U/P | Total Value |
|---|---|---|---|---|---|---|
| 0001 | Influenza Virus Vaccine 10 Dose Vial | 6505-01-517-0341 | 226,846 | VI | $64.60 | $14,654,251.60 |
| 0003 | Influenza Virus Vaccine Syringe Unit, 10's | 6505-01-517-0347 | 17,460 | PG | $86.00 | $1,501,560.00 |

Total doses: 2,443,060
Total value: $16,155,811.60

Delivery, dependent upon FDA release of vaccine, was as follows:
25% of each awarded CLIN quantity no later than 30 Sep 2004
25% of each awarded CLIN quantity no later than 31 Oct 2004
50% of each awarded CLIN quantity no later than 30 Nov 2004

3. GIV, a subsidiary of Henry Schein, Inc, was to provide Influenza Virus vaccine (Fluvirin®) manufactured by Chiron Corporation's FDA-licensed manufacturing facility, Chiron Vaccines, located in Liverpool England.

4. Chiron Corporation, headquartered in Emeryville, CA, issued a press release on Aug 26, 2004 stating it had identified a small number of vaccine lots that did not meet product sterility specifications and pending internal investigations into the root cause, would delay releasing any

Fluvirin® doses until it had completed additional release tests. Chiron expected testing would delay product release until early October.

5. The contracting officer telephoned GIV on a weekly basis for status of expected delivery of Chiron's vaccine. GIV did not provide any information other than what was made public in Chiron's August 26 press release. During the contracting officer's September 27, 2004 phone call, GIV stated that a shipment of approximately 132,000 vials was in transit to GIV from Chiron. However, no anticipated release date could be given at the time.

On September 28, 2004 Chiron's CEO, Mr. Howard Pien, appearing before the US Senate Special committee on Aging in Washington, D.C., reiterated Chiron's expectations as stated in the company's August 26, 2004 press release (regulatory review process would be satisfactorily completed in time to allow release of Fluvirin® in early October).

On October 5, 2004, Chiron issued a press release stating the UK regulatory body, the Medicines and Healthcare Products Regulatory Agency (MHRA) had temporarily suspended the company's license to manufacture Fluvirin® in its Liverpool facility, preventing the company from releasing any of the product during the 2004-2005 influenza season.

On October 15, 2004, Chiron issued another press release repeating that it was unable to release Fluvirin® for the current flu season, but hoped to manufacture it for the 2005-2006 season.

6. By letter dated October 12, 2004, Henry Schein, Inc. formally notified DSCP that Chiron would not be able to supply any flu vaccine for the 2004-2005 flu season based on the suspension of Chiron's license to manufacture Fluvirin®. The letter further stated that, "because of the late timing of this unexpected development, [Schein was] not optimistic that [it would] be able to identify alternative sources of supply that could meet all or any portion of [DSCP's] order."

7. The Government intends to terminate GIV's contract for cause in accordance with FAR 52.212-4(m). GIV has stated that it will not comply with its contract to provide the required doses of Fluvirin®. The Government will not issue a cure notice based on GIV's announced intention to not perform and the Contractor shall be liable to the Government for any and all rights and remedies provided by law.

8. In accordance with FAR 12.403 (c) (2), the Government intends to assert its right to acquire similar items in another contracting action and to charge GIV with any excess reprocurement costs together with any incidental or consequential damages incurred because of the termination.

9. On October 7, 2004, the Government placed an order for Medimmune's nasal spray flu vaccine off GIV's Federal Supply Schedule contract. This order was placed after reading Chiron's October 5, 2004 press release, to secure quantities that may be needed for existing requirements, in light of the fragile nature of the vaccine, and anticipated competition for scarce supplies. After GIV's letter announced that it would not perform, the Government could not wait to formally terminate GIV's contract before negotiating to procure as many additional doses as available from DSCP's other flu vaccine contractor, Aventis. This second contracting action was completed on October 21, 2004. Both of these contracting actions were taken in order to

compensate for the doses not obtained from GIV, two procurements were awarded as follows for a total of 750,000 doses of additional flu vaccine:

| Contract | Contractor | Item | Qty | U/I | U/P | Total |
|---|---|---|---|---|---|---|
| SP0200-05-F-AA01 Oct 7, 2004 | GIV | Influenza Virus Vaccine, Nasal Spray, 10's | 25,000 | PG | $104.79 | $2,619,750.00 |
| SP0200-04-D-0004-8002 Oct 21, 2004 | Aventis | Influenza Virus Vaccine, 10 dose Vial | 50,000 | VI | $63.31 | $3,165,500.00 |

**Determination**

1. GIV's contract SP0200-04-D-0003 and Delivery Order SP0200-04-D-0003-8001 will be terminated for cause. As the contractor notified the contracting officer of its intent to not perform, the contracting officer will not send a cure notice or show cause letter to the contractor. There is no reasonable expectation that the contractor will perform. The contracting officer will provide GIV written notice of the termination decision in accordance with FAR 12.403 (c) (3).

Anna Podlas 11/1/04
Contracting Officer / Date

# Tab 15

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
BUILDING # 6 (DSCP-MGAA)
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY
REFER TO

## NOTICE OF TERMINATION FOR CAUSE

Nov 15, 2004

General Injectables & Vaccines, Inc.
Route 21-52 Terrace Hill
P. O. Box 9
Bastian, VA 24314
ATTN: Mr. James Short

Dear Mr. Short,

By Delivery Order No. SP0200-04D-0003-8001 under contract SP0200-04D-0003, dated April 21, 2004, General Injectables & Vaccines (GIV) was obligated to provide 226,846 Vials of Influenza Virus Vaccine, 10 Dose Vial, and 17,460 Packages of Influenza Virus Vaccine, Syringe unit, 10's, f.o.b. Destination as specified in the delivery schedule (25% of quantity no later than Sep 30, 2004, 25% of quantity no later than Oct 31, 2004, and 50% of quantity no later than Nov 30, 2004). To have made delivery within the required delivery schedule, delivery was required on or before Sep 30, 2004.

Your letter dated October 12, 2004 provided notice of your intent to not perform, and you have failed to perform. Your contract requires that you deliver Fluvirin® flu vaccine by the dates specified in your contract; and your failure to complete performance by delivery of the quantity required by the contract constitutes a default of performance. Based on that failure of performance, the contracting officer has made the determination to terminate the contract in accordance with paragraph (m), "Termination for Cause" of FAR clause 52.212-4, Contract Terms and Conditions – Commercial Items, of the contract.

It is the final decision of the contracting officer pursuant to paragraph (d), "Disputes" of FAR clause 52.212-4, that your company has failed to make timely delivery under this contract, and that such failure was not due to excusable causes. You may appeal this decision under the said Disputes provision, which incorporates the Contract Disputes Act of 1978, (41 U.S.C. 601-603). Pursuant to the Act, you may appeal the decision either to the Armed Services Board of Contract Appeals (the Board), Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 12203-3208. Alternatively, you may bring an action in the United States Court of Federal Claims. Depending on the manner in which you seek redress, one of the following will apply:

(a) If you appeal the decision to the Board, you must mail or otherwise furnish written notice thereof to the Board within 90 days from the date you receive this decision. A copy shall be furnished to the contracting officer from whose decision your appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number.

(b) If you initiate your action directly in the United States Court of Federal Claims, you are required to file such action within 12 months from the date you receive this decision.

The Rules of the Armed Services Board of Contract Appeals are set forth in Appendix A, Part 2 of the Department of Defense Federal Acquisition Regulation Supplement (DFARS). With respect to appeals to the Board, be advised of the following:

(a) If the amount in dispute is $10,000.00 or less, you may elect to have the appeal processed under the Small Claims (Expedited) Procedure, as provided by the rules of the Board.

(b) If the amount in dispute is $50,000.00 or less, you may elect to have the appeal processed under the Accelerated Procedure as provided by the rules of the Board.

The government reserves all rights and remedies provided by law and as provided by the contract. In accordance with FAR 12.403 (c) (2), the Government intends to assert its right to acquire similar items in another contracting action and to charge GIV with any excess reprocurement costs together with any incidental or consequential damages incurred because of the termination.

Sincerely,

Anna Podlas

Anna Podlas
Contracting Officer

# Tab 16

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 2

2. AMENDMENT/MODIFICATION NO. P00001

3. EFFECTIVE DATE 15 NOV 2004

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SC0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, BLDG #6 (DSCP-MGAA)
PHILADELPHIA, PA 19111
BUYER: A. PODLAS (DSCP-MGAA-PGC) 215-737-5768

7. ADMINISTERED BY (If other than Item 6) CODE S5111A

DCMA SOUTHERN VIRGINIA
190 BERNARD RD, BLDG 117
FORT MONROE, VA 23651

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

GENERAL INJECTABLES & VACCINES, INC
ROUTE 21-52, TERRACE HILL
P.O. BOX 9
BASTIAN, VA 24314
ATTN: MR. TRACY PUCKETT

CODE 65307 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-04D-0003

10B. DATED *(SEE ITEM 13)* 21 APRIL 2004

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
MG 97X4930 5CM0 01 26.0 S33150 TOTAL DEOBLIGATION OF ($16,155,811.60)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X)

✓ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. TERMINATION FOR CAUSE FAR 52.212-4 (m)

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*such as changes in paying office, appropriation date, etc.*) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☑ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

YOU ARE HEREBY NOTIFIED THAT CONTRACT SP0200-04-D-0003 IS TERMINATED FOR CAUSE IN ACCORDANCE WITH FAR 52.212-4, CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS (OCT 2003).

YOU HAVE FAILED TO DELIVER CONTRACT QUANTITY BASED ON CHIRON CORPORATION'S INABILITY TO BRING FLUVIRIN® INFLUENZA VIRUS VACCINE TO MARKET FOR THE 2004-2005 INFLUENZA SEASON.

ANNUAL MAXIMUM QUANTITY TOTALING 3,053,830 DOSES IS REDUCED TO ZERO. TOTAL DOLLAR VALUE IS REDUCED TO ZERO.

SEE ATTACHED PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
ANNA PODLAS CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Anna Podlas
(Signature of Contracting Officer)

16C. DATE SIGNED 11-15-2004

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | SP0200-04D-0003<br>MODIFICATION P00001 | PAGE 2 OF 2 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

IN ACCORDANCE WITH FAR 12.403(c)(2), THE GOVERNMENT WILL SEEK TO CHARGE THE DEFAULTED CONTRACTOR WITH EXCESS REPROCUREMENT COSTS TOGETHER WITH ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES INCURRED BECAUSE OF THE TERMINATION.

THIS NOTICE CONSTITUTES A FINAL DECISION OF THE CONTRACTING OFFICER.

THE CONTRACTOR HAS THE RIGHT TO APPEAL UNDER FAR CLAUSE 52.233-1, DISPUTES.

# Tab 17

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 2

2. AMENDMENT/MODIFICATION NO. 02

3. EFFECTIVE DATE 15 NOV 2004

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SC0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, BLDG #6 (DSCP-MGAA)
PHILADELPHIA, PA 19111
BUYER: A. PODLAS (DSCP-MGAA-PGC) 215-737-5768

7. ADMINISTERED BY (If other than Item 6) CODE S5111A

DCMA SOUTHERN VIRGINIA
190 BERNARD RD, BLDG 117
FORT MONROE, VA 23651

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

GENERAL INJECTABLES & VACCINES, INC
ROUTE 21-52, TERRACE HILL
P.O. BOX 9
BASTIAN, VA 24314
ATTN: MR. TRACY PUCKETT

CODE 65307 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

✓ 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-04D-0003-8001

10B. DATED *(SEE ITEM 13)* 21 APRIL 2004

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
MG 97X4930 5CM0 01 26.0 S33150 TOTAL DEOBLIGATION OF ($16,155,811.60)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) ✓ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. TERMINATION FOR CAUSE FAR 52.212-4 (m)

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*such as changes in paying office, appropriation date, etc.*) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☑ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

YOU ARE HEREBY NOTIFIED THAT DELIVERY ORDER SP0200-04-D-0003-8001 IS TERMINATED FOR CAUSE IN ACCORDANCE WITH FAR 52.212-4, CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS (OCT 2003).

YOU HAVE FAILED TO DELIVER CONTRACT QUANTITY BASED ON CHIRON CORPORATION'S INABILITY TO BRING FLUVIRIN® INFLUENZA VIRUS VACCINE TO MARKET FOR THE 2004-2005 INFLUENZA SEASON.

ALL LINE ITEM QUANTITIES TOTALING 2,443,060 DOSES ARE REDUCED TO ZERO. TOTAL DOLLAR VALUE OF $16,155,811.60 IS REDUCED TO ZERO.

SEE ATTACHED PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF SIGNER (Type or print)
ANNA PODLAS CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Anna Podlas
(Signature of Contracting Officer)

16C. DATE SIGNED 11-15-04

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | SP0200-04D-0003-8001<br>MODIFICATION 02 | PAGE 2 OF 2 |
|---|---|---|

| CONTRACTOR: | GENERAL INJECTABLES & VACCINES, INC |
|---|---|

IN ACCORDANCE WITH FAR 12.403(c)(2), THE GOVERNMENT WILL SEEK TO CHARGE THE DEFAULTED CONTRACTOR WITH EXCESS REPROCUREMENT COSTS TOGETHER WITH ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES INCURRED BECAUSE OF THE TERMINATION.

THIS NOTICE CONSTITUTES A FINAL DECISION OF THE CONTRACTING OFFICER.

THE CONTRACTOR HAS THE RIGHT TO APPEAL UNDER FAR CLAUSE 52.233-1, DISPUTES.

# Tab 18

PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Joseph E. Casson
Partner

Direct Dial 202.778.1111
jcasson@proskauer.com

December 21, 2004

Anna Podlas
Contracting Officer
Defense Supply Center
Department of Defense
700 Robbins Avenue
Building 6 (DSCP-MGAA)
Philadelphia, PA 19111-5092

Re: Letter of Termination dated November 15, 2004
General Injectables and Vaccines, Inc.
Contract No. SP-0200-04D-0003

Dear Ms. Podlas:

Thank you for taking time to speak with me preliminarily about the Notice of Termination you sent on November 15, 2004 to my client, General Injectables & Vaccines, Inc. ("GIV") related to the above referenced contract to supply influenza virus vaccine for the 2004/2005 flu season. During our telephone conversation, you indicated that you wanted to involve your counsel in these discussions, which I completely understand. I then received your recent voice message asking me to set out in writing the issues we would like to discuss with you and your staff attorney, with an eye towards resolving this matter without the need for a formal appeal.

As I discussed with you, we believe the termination action by DoD is inappropriate because:

1. GIV did not default under the terms of the contract;
2. GIV's inability to deliver flu vaccine was excusable; and
3. GIV was not the manufacturer of the subject flu vaccine.

I. <u>GIV did not default under the terms of the contract.</u>

DoD was aware at the time that it signed the contract with GIV for flu vaccine that GIV was not the manufacturer of the product under contract, and further was aware that GIV's ability to deliver flu vaccine was dependent upon Chiron's and FDA's release of saleable product to the United States. By Delivery Order No. SP0200-04D-0003-8001, DoD acknowledged that GIV's

performance under the contract was "Dependent upon FDA release of vaccine....." *See* Page 5 of 5 of Delivery Order. The Delivery Order further acknowledged that delivery by GIV by the dates indicated on the Delivery Order were "dependent upon product availability." *Id.* GIV's dependence upon Chiron's and the FDA's release of the contracted-for flu vaccine was identified on the Solicitation at the time it was presented to DoD, and DoD accepted the contract with GIV including GIV's notice that the company "may have to alter delivery schedule outlined in bid due to releases of vaccine." *See* Page 4 of 50 of bid.

GIV made proper notification to the DoD on October 12, 2004 that Chiron, the manufacturer of the flu vaccine, would be unable to release any flu vaccine to GIV – or any other US purchaser of the vaccine – due to the three-month suspension of its license to operate by the British equivalent of our FDA on October 5, 2004. On October 15, the United States FDA completed its inspection of the Chiron plant and issued a public statement that "none of the influenza vaccine manufactured by the Chiron Corporation for the US market is safe for use." Because of events completely beyond GIV's control, it was unable to deliver product subject to the above-referenced contract.

Thus, under the terms of the contract, GIV had no obligation to perform until its vendor, Chiron, released flu vaccine for sale in the US, and the US FDA certified that Chiron's flu vaccine was safe for sale in the US. As neither of these events occurred, and because GIV's contract with DoD did not require delivery of flu vaccine if either Chiron or the US FDA failed to release flu vaccine for sale in the US, GIV was not in default of this contract.

II. GIV's inability to deliver flu vaccine was excusable

Even if DoD were to consider GIV's October 12, 2004 notice of its inability to deliver flu vaccine to be a default under this contract, we believe that this default is excusable under the Federal Acquisition Regulations. A contractor, such as GIV, is not liable for any excess costs the DoD may incur if its failure to deliver product under a fixed-price supply contract such as ours "arises from causes beyond the control and without the fault or negligence of the Contractor." 48 CFR § 52.249-8(c). In this case, GIV could not legally obtain flu vaccine from the manufacturer because of an act by the US government in its sovereign capacity, because of quarantine restrictions, and because of freight embargoes.

Here, GIV was not alone in its inability to obtain flu vaccine from Chiron. On October 5, 2004, the British equivalent of our FDA (the "MHRA") undertook an administrative action to suspend Chiron's license to manufacture flu vaccine based on routine inspections of the manufacturing plant and process. This suspension of Chiron's manufacturing license negatively impacted

Chiron's ability to release flu vaccine in October 2004, as well as beyond that date because the manufacturing process requires incubation periods that were disrupted by the October 5 suspension action. MHRA did not notify the US FDA until it had implemented its administrative action on October 5, 2004. Needless to say, GIV was not informed or otherwise aware prior to October 5, 2004, and indeed had no control over MHRA's or Chiron's actions, related to the flu vaccine production issues. Following MHRA's October 5, 2004 suspension of Chiron, the US FDA conducted its own inspection of the Chiron facility between October 10 and October 15, 2004, and ultimately decided on October 15, 2004 that it could not adequately assure that any of Chiron's already produced flu vaccine met US safety standards. As a result of this determination, the US FDA embargoed all shipments of Chiron flu vaccine to the United States.

Apparently, Chiron had notified the US FDA on August 25, 2004, that it had discovered accidental bacterial contamination in eight lots of final vaccine product for this year's flu season supply, and advised the FDA that they were investigating the causes of the problem. Chiron advised the FDA that it had quarantined all its flu vaccine lots while it investigated the issue, and would not release any product until British and US inspections deemed the product safe and saleable. The FDA communicated with Chiron between August 25, 2004 and October 5, 2004, and believed that the issues that had led to the quarantine of flu vaccine had been or would be resolved in time for this year's flu season. In fact, on September 28, 2004, Chiron's CEO testified to the US Senate Special Committee on Aging that Chiron expected to deliver between 46 million and 48 million doses of Fluvirin to the US market beginning in early October 2004. Importantly, GIV had no notice or other information that Chiron, MHRA or the US FDA would refuse to release flu vaccine to permit GIV to perform under the DoD contract.

Unfortunately, the contamination issue that led to the flu vaccine shortage in this country is a known risk of manufacturing this product, and can occur through no fault or negligence on the part of the manufacturer. It is certainly not something that could be caused by a wholesale distributor of the vaccine, nor could such an eventuality be anticipated by a wholesale distributor. Interestingly, it is our understanding that MHRA's and the FDA's concerns were not with the actual flu vaccine product, but rather with the administrative issue of whether Chiron had adequately complied with, or documented that it complied, with a fairly new initiative known as the Current Good Manufacturing Practices for the 21st Century.

GIV does not own Chiron, and is not related to Chiron in any way. GIV is a wholesale distributor of flu vaccine purchased from Chiron as a vendor. GIV has no control over the manufacturing process at Chiron, and has no control over whether the British MHRA or the US FDA will approve the release of flu vaccine for purchase by GIV or any other distributor or end user. For all these reasons, we believe that even if DoD were to maintain that GIV was in default

of its contract for delivery of flu vaccine, such default was excusable and GIV has no liability to DoD for excess costs.

III. GIV was not the manufacturer of the subject flu vaccine

GIV disclosed on the solicitation materials that it was a distributor of flu vaccine manufactured by Chiron Corporation in Liverpool, England. *See, e.g.*, Pages 15-16 of 50, Past Performance Addendum. At no time did GIV represent that it was the manufacturer of the product. Moreover, GIV is not related in any way to Chiron, nor to Evans Vaccines, the predecessor of Chiron. As the distributor, GIV had no control over Chiron's operations, and thus, cannot be held responsible for the decision by the British MHRA and the US FDA to quarantine and embargo Chiron's supply of flu vaccine. *See, e.g., Transfair Intern'l, Inc. v. U.S.*, 54 Fed. Cl. 78 (Ct. Claims Sept. 23, 2002) (contractor's knowledge or involvement with subcontractor relevant to determination of excusable default).

* * * * * *

My intention in contacting you was to avoid the necessity of a protracted and expensive appeal of your determination. I hope this letter will be helpful to you and your attorney in evaluating whether we can resolve this matter without a protracted administrative process. I look forward to discussing these issues with you further after you have had a chance to review my presentation. Please contact me to set up a time for us to talk.

Sincerely,

Joseph E. Casson