PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Joseph E. Casson
Partner

Direct Dial 202.778.1111
jcasson@proskauer.com

April 7, 2005

Recorder
Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, Virginia 22041-3208

Re: ASBCA No. 54930
Appeal of General Injectables & Vaccines, Inc.
Under Contract No. SP-0200-04-D-0003

To Whom It May Concern:

Pursuant to Rule 8 of the Board's Rules, please accept this letter as a formal written request by General Injectables & Vaccines, Inc. ("GIV") for a hearing, as prescribed in Rules 17 through 25.

Please feel free to contact me if you have any questions concerning this request, or require any additional information.

Sincerely,

Joseph E. Casson

cc: Kathleen D. Hallam
Chief Trial Attorney
Defense Supply Center Philadelphia
700 Robbins Avenue, Bldg. 36/1
Philadelphia, PA 91111-5092