PROSKAUER ROSE LLP

1233 Twentieth Street NW, Suite 800
Washington DC 20036-2396
Telephone 202.416.6800
Fax 202.416.6899

NEW YORK
LOS ANGELES
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Joseph E. Casson
Partner

Direct Dial 202.778.1111
jcasson@proskauer.com

June 14, 2005

Recorder
Armed Services Board of Contract Appeals
Skyline Six, Room 703
5109 Leesburg Pike
Falls Church, Virginia 22041-3208

Re: ASBCA No. 54930
Appeal of General Injectables & Vaccines, Inc.
Under Contract No. SP-0200-04-D-0003

To Whom It May Concern:

By letter dated April 19, 2005, the Armed Services Board of Contract Appeals requested that we advise the Board regarding certain procedural issues concerning our request for an oral hearing. Please be advised that:

1. General Injectables & Vaccines ("GIV") does not believe that Alternate Dispute Resolution is appropriate in this case;

2. GIV has no objections to the documents submitted thus far under Board Rule 4; and

3. GIV has conferred with counsel for DoD regarding proposed hearing dates, and suggests September 13, 2005, September 14, 2005, September 20, 2005 or September 21, 2005 as dates for the oral hearing. GIV estimates that it will need no more than a day and a half to present its case in chief. GIV has no objection to holding the hearing at the Board's offices in Northern Virginia. Finally, GIV proposes that any discovery to be conducted by the parties be concluded by no later than 30 days prior to whatever hearing date is selected by the Board.

Please feel free to contact me if you have any questions concerning this request, or require any additional information.

Sincerely,

Joseph E. Casson

cc: Kathleen D. Hallam
Chief Trial Attorney
Defense Supply Center Philadelphia
700 Robbins Avenue, Bldg. 36/1
Philadelphia, PA 91111-5092