IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GENERAL INJECTABLES & VACCINES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 07-156C (Judge Williams) |

**DECLARATION OF TRACY B. PUCKETT**

I, TRACY B. PUCKETT, declare and say upon personal knowledge as follows:

1. I am the Manager for Corporate Accounts at General Injectables & Vaccines, Inc. ("GIV"). I have held my current position for one year and previously held the position of Manager, Government Contracts for approximately ten years. I have been employed by GIV since 1991 and have approximately fourteen years of government-contracting experience.

2. In my position as Manager for Corporate Accounts, I am personally familiar with the various types of flu virus vaccines. I am also personally familiar with the recordkeeping system used by GIV in its regularly conducted business activities with federal government agencies, including the Defense Supply Center Philadelphia ("DSCP").

3. On January 14, 2004, DSCP issued Solicitation No. SPO 200-04-R-0005 seeking bids for the delivery of injectable flu virus vaccine. GIV offered to meet the solicitation's requirements by supplying Fluvirin, which is an injectable flu virus vaccine manufactured by Chiron Vaccines ("Chiron").

4. On April 21, 2004, DSCP awarded GIV Contract No. SPO 200-04-D-0003 (the "Fluvirin Contract") for an indefinite quantity of injectable flu vaccine suitable for immunizing

persons four years of age and older. The Fluvirin Contract contained two contract line item numbers ("CLINs"), the first of which called for an annual estimated quantity of 226,846 10-dose vials of injectable flu vaccine at a price of $64.60 per 10-dose vial. The second CLIN called for an annual estimated quantity of 17,460 packages of 10 single-dose, pre-filled syringe units at a per package price of $86.00. Based on these annual estimated quantities, the Fluvirin Contract called for $16,155,811.60 in injectable flu vaccine.

5. On October 7, 2004, DSCP ordered 25,000 packages of 10 single-dose, single-use FluMist sprayers from GIV at a per package price of $104.79. FluMist is manufactured by MedImmune Vaccines, Inc. Attached as Exhibit 1 is a true and correct copy of the October 7, 2004 Order for Supplies and Services by which DSCP ordered 25,000 packages of FluMist from GIV.

6. Fluvirin and FluMist are very different products, which is reflected by the fact that during the 2004-2005 flu season, 1 package of 10 single-dose FluMist single-use sprayers ($104.79) cost approximately 66 percent more than 1 10-dose vial of injectable Fluvirin ($63.31). Several factors accounted for the significant price difference between Fluvirin and FluMist.

7. First, at the time of the 2004-2005 flu season, FluMist was an extremely new product that had been on the market for approximately one year.

8. Second, unlike Fluvirin, FluMist required special handling procedures because it had to be stored and shipped in a frost-free frozen state. Generally speaking, injectable flu vaccine must be transported at two to eight degrees Celsius, which temperature can be maintained by refrigerated shipping. During the 2004-2005 flu season, however, FluMist had to be shipped frozen. GIV would process orders for FluMist and have the vaccine shipped directly from the

manufacturer to the customer. The manufacturer shipped FluMist to the customer, packing it with dry ice to keep the product frozen.

9. The increased price of FluMist is also reflective of the fact that the processing of FluMist orders was much more complicated than orders for Fluvirin. For example, prior to the customer receiving a shipment of FluMist, GIV had to make sure that the customer also received specially designed freeze boxes to store the product and to make sure that the customer clearly understood what type of freezer and the amount of freezer space would be required for storing FluMist. GIV then had to notify the customer prior to the arrival date of the shipment to ensure that the freeze box had been conditioned by being frozen at least four days prior to the arrival of the FluMist.

10. Fluvirin and FluMist are also very different products in how they administer vaccine into the body. Unlike Fluvirin, FluMist is not injectable; instead, FluMist is unique in that it is administered through a nasal spray. Moreover, unlike Fluvirin, FluMist contains live flu virus and does not contain the preservative thimerosal. Attached as Exhibit 2 is a true and correct copy of the United States Food and Drug Administration's *Questions and Answers on FluMist*, which explains in relevant part:

> **What is the difference between FluMist, a live attenuated influenza virus (LAIV) and the flu shot that is made from inactivated viruses?**
>
> Both LAIV and inactivated influenza vaccine contain strains of influenza viruses that are matched to protect against influenza strains that are likely to circulate each year. Viruses for both vaccines are grown in eggs. Because circulating strains of influenza virus change from year to year, each year's vaccine may be different from the preceding year. Therefore, both vaccines are administered annually to provide optimal protection against influenza infection.
>
> Inactivated vaccines are produced by killing the flu viruses; the killed viruses cannot cause influenza.
>
> FluMist contains attenuated (or weakened) viruses. These weakened strains usually do not cause illness because they have lost virulence (disease-causing proper-

> ties). However, there is a possibility that they can still reproduce and cause disease.
>
> FluMist is sprayed in the nose, whereas inactivated influenza vaccine is given with a needle in the arm.

Available at http://www.fda.gov/CbER/flu/flumistqa.htm (last visited Aug. 15, 2008).

11. Also, during the 2004-2005 flu season, FluMist was not approved for use by all persons four years of age and older. Instead, the product was FDA-approved only for use by healthy persons aged five to forty-nine.

12. Following its October 7, 2004 purchase of FluMist, DSCP purchased additional amounts of FluMist from GIV for the 2004-2005 flu season at the same per package price of $104.79. GIV received payment for the last of these purchases no later than June 13, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2008.

Tracy B. Puckett

**DECLARATION OF TRACY B. PUCKETT**

**EXHIBIT 1:**

***October 7, 2004 Order for Supplies and Services***

Attn: Tracy Puckett and David Blankenship

**ORDER FOR SUPPLIES OR SERVICES**
*(Contractor must submit four copies of invoice.)*

Form Approved OMB No. 0704-0187 Expires Jun 30, 1997 | PAGE 1 OF 3

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

**PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES.**
**SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.**

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER (YYMMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| V797P-5699X | SP0200-05-F-AA01 | 04 OCT 07 | ARM04281777601 | DOC9 |

6. ISSUED BY — CODE SP0200
DEFENSE SUPPLY CENTER - PHILADELPHIA
DIRECTORATE OF MEDICAL MATERIEL
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111-5092

7. ADMINISTERED BY (If other than 6) — CODE
SAME AS BLOCK 6

8. DELIVERY FOB: [X] DEST [ ] OTHER (See Schedule if other)

9. CONTRACTOR — CODE 65307 — FACILITY CODE
NAME AND ADDRESS:
GENERAL INJECTABLES & VACCINES, INC.
ROUTE 21-2 TERRACE HILL
BASTIAN, VA 24314-0009

10. DELIVER TO FOB POINT BY (Date) (YYMMMDD): SEE SCHEDULE

11. MARK IF BUSINESS IS: [X] SMALL [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30 DAYS

13. MAIL INVOICES TO: SEE BLOCK 15

14. SHIP TO — CODE
SEE SCHEDULE PAGE 2

15. PAYMENT WILL BE MADE BY — CODE SC0200
DFAS- Columbus Center
ATTN: DFAS-BVDPII/CC
P.O. BOX 182317
COLUMBUS, OH 432318-6248

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER:
[X] DELIVERY — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
[ ] PURCHASE — Reference your ... furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
MG 97X4930 5CM0 01 26.0 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE PAGE 2 | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: Steven J. Bollendorf (signature) — Steven J. Ballendorf CONTRACTING/ORDERING OFFICER

25. TOTAL: $2,619,750.00
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN: [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP. NO. [ ] PARTIAL [ ] FINAL
28. D.O. VOUCHER NO.
30. INITIALS
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
34. CHECK NUMBER
35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD FORM 1155, JUN 94 (EG) — PREVIOUS EDITION MAY BE USED. — Designed using Perform Pro, WHS/DIOR, Jun 94

STANDARD FORM 36, JULY 1966
GENERAL SERVICES ADMINISTRATION
FED. PROC. REG. (41 CFR) 1-16.101

**CONTINUATION SHEET**

REF. NO. OF DOC. BEING CONT'D.: SP0200-05-F-AA01

PAGE 2 OF 3

NAME OF OFFEROR OR CONTRACTOR

**GENERAL INJECTABLES & VACCINES, INC.**

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0001 | **NSN: 6505-01-523-7732**<br>INFLUENZA VIRUS VACCINE, LIVE, ATTENUATED, NASAL SPRAY, TRIVALENT, 0.5 ML DOSE, PREFILLED SINGLE USE SPRAYER, 10s<br><br>NDC# 6619-0101-01<br><br>**DODAAD** **DEST** **FOB** | | | | |
| 0001AA | ST3101 * DES<br><br>DELIVER BY: 01 NOVEMBER 2004 | 25,000 | PG | $104.79 | $2,619,750.00 |
| | *GIV/Medimmune shall have this ordered product available for delivery direct to DoD customers no later than 01 November 2004 GIV/Medimmune shall safely retain all product until the DSCP Contracting Officer provides delivery including but not limited to deivery destinations and quantities per destination. Once delivery instructions are provided, GIV/Medimmune shall be responsible for deliveries to designated destinations per the vaccines estabished temperature protocols.<br><br>**REMITTANCE ADDRESS:** CAGE Code has been flagged for Electronic Funds Transfer Only (EFT)<br><br>**MATERIAL WITH COMMERCIAL MARKINGS ONLY IS ACCEPTABLE FOR THIS ORDER.** | | | | |
| | Total | | | | $2,619,750.00 |

36-108

* U.S.GOVERNMENT PRINTING OFFICE : 1981 0 - 341-526 (7035)

TOTAL P.03

SP0200-05-F-AA01 PAGE 3 OF 3

NAME OF CONTRACTOR: General Injectables, Inc.

52.214-9P27 **DISTRIBUTION OF MATERIAL INSPECTION AND RECEIVING REPORTS (DD FORM 250) (JAN 1992)**

**(A) Distribution of Material Inspection and Receiving Reports (DD FORM 250) will be in accordance with Appendix F of the Defense Far Supplement (DFARS). "The Purchasing Office" copy shall be forwarded to the Defense Supply Center Philadelphia, 700 Robbins Avenue, Philadelphia, PA 19111-5092, ATTN: DSCP-MGAA.**

**(B) The INVENTORY MANAGER'S copy shall be mailed in a separate envelope To the ADDRESS CITED IN PARAGRAPH (a) ABOVE. Marked for ATTN: DSCP-MGAA-JA.**

**DECLARATION OF TRACY B. PUCKETT**

**EXHIBIT 2:**

***U.S. Food & Drug Admin., Questions and Answers on FluMist, available at http://www.fda.gov/CbER/flu/flumistqa.htm (last visited Aug. 15, 2008)***

# Questions and Answers on FluMist

## (Influenza Virus Vaccine Live, Intranasal)


- What is FluMist approved for?
- What is the difference between FluMist, a live attenuated influenza virus (LAIV) and the flu shot that is made from inactivated viruses?
- Since vaccination against influenza is recommended for many people over the age of 49, why isn't FluMist recommended for individuals 50 years of age and older?
- How many doses are recommended per season?
- How well does FluMist work?
- What are the most common side effects of FluMist?
- Are there certain people who may not be candidates for immunization with FluMist?
- Does FluMist contain thimerosal?
- What is the best time of year to receive the flu vaccine?
- Will I need to receive an influenza vaccine every year?
- Where can I obtain additional information?


---

**What is FluMist approved for?**

FluMist is a live attenuated influenza virus vaccine (LAIV) approved to prevent illness caused by influenza A and B viruses in individuals 2-49 years of age.

- FluMist product approval information

**What is the difference between FluMist, a live attenuated influenza virus (LAIV) and the flu shot that is made from inactivated viruses?**

Both LAIV and inactivated influenza vaccine contain strains of influenza viruses that are matched to protect against influenza strains that are likely to circulate each year. Viruses for both vaccines are grown in eggs. Because circulating strains of influenza virus change from year to year, each year's vaccine may be different from the preceding year. Therefore, both vaccines are administered annually to provide optimal protection against influenza infection.

Inactivated vaccines are produced by killing the flu viruses; the killed viruses cannot cause influenza.

FluMist contains attenuated (or weakened) viruses. These weakened strains usually do not cause illness because they have lost virulence (disease-causing properties). However, there is a possibility that they can still reproduce and cause disease.

FluMist is sprayed in the nose, whereas inactivated influenza vaccine is given with a needle in the arm. FluMist is approved for use in individuals 2-49 years. Inactivated influenza vaccine is approved for use among persons aged ≥6 months, including those who are healthy and those with medical conditions.

**Since vaccination against influenza is recommended for many people over the age of 49, why isn't FluMist recommended for individuals 50 years of age and older?**

Studies with FluMist in individuals 50-64 years of age did not demonstrate effectiveness.

**How many doses are recommended per season?**

Children 2-8 years old need 1 or 2 doses, depending on whether they have been previously vaccinated with influenza vaccine.

Individuals 9-49 years old need only one dose per year.

**How well does FluMist work?**

In clinical trials, FluMist was evaluated in 20,228 individuals, including over 10,000 children 5-17 years old. FluMist was effective in preventing influenza in approximately 87 percent of children in the trial.

In children under age five, two studies compared FluMist to placebo (no vaccine). Both studies demonstrated the vaccine's effectiveness in preventing influenza illness. A third study compared FluMist to an inactivated or "killed" seasonal influenza vaccine shot. The results showed that there were 53 cases of influenza disease among 3,900 children who received FluMist compared to 93 cases among the same number of children who received an inactivated or "killed" seasonal influenza vaccine shot.

In adults (ages 18-49 years), there were fewer upper respiratory illnesses with fever and fewer severe illnesses with fever in those who received FluMist versus those who received placebo.

As with any vaccine, FluMist may not protect 100% of individuals receiving the vaccine.

**What are the most common side effects of FluMist?**

In children, side effects can include nasal congestion, runny nose, headache, muscle aches, and slight fever. In adults, side effects can include runny nose, headache, sore throat, tiredness/weakness, muscle aches and cough. Fever is not a common side effect in adults.

However, as with medicines, problems may occur after administration of vaccines, such as allergic reactions, some of which may be severe. The risk of a vaccine causing serious harm or death is extremely small, and serious problems from flu vaccine are rare.

**Are there certain people who may not be candidates for immunization with FluMist?**

- Individuals with a history of hypersensitivity, especially anaphylactic reactions to eggs, egg proteins, gentamicin, gelatin, or arginine, or with life-threatening reactions to previous influenza vaccinations.
- Because Reye syndrome in children has been associated with administration of aspirin during influenza virus infections, children and adolescents 2-17 years of age should not receive FluMist if they are receiving aspirin or aspirin-containing therapy.
- Adults 50 years of age or older.

- Children under the age of 2 should not receive FluMist because there was an increased risk of hospitalization and wheezing for this age group during the clinical trials.
- Administration of FluMist to persons with a compromised immune system should be based on careful consideration of potential benefits and risks. Data supporting the safety and effectiveness of FluMist in this population are limited. In addition, FluMist is a live virus vaccine, and has the potential for transmission to household contacts that have a weakened immune system. FluMist recipients should avoid close contact after receiving the vaccine.
- Unless the potential benefit outweighs the potential risk, FluMist should not be administered to any individuals with asthma and children less than 5 years of age with recurrent wheezing because of the potential for increased risk of wheezing after vaccination.
- FluMist should not be administered to individuals with severe asthma or active wheezing because these individuals have not been studied in clinical trials.
- The safety of FluMist has not been established in people with underlying medical conditions that may predispose them to complications following influenza infection, such as heart disease, diabetes, kidney failure, etc.,.
- Animal reproduction studies have not been conducted with FluMist. It is not known whether FluMist can cause fetal harm when administered to pregnant women or can affect reproduction capacity. FluMist should be given to a pregnant woman only if clearly needed.
- If Guillain-Barré Syndrome (GBS) has occurred within 6 weeks of any prior influenza vaccination, the decision to give FluMist should be based on careful consideration of the potential benefits and potential risks.

Before receiving any medication or vaccine, individuals should discuss with their health care provider.

**Does FluMist contain thimerosal?**

No, FluMist does not contain thimerosal or any other preservatives.

**What is the best time of year to receive the flu vaccine?**

Flu season in the United States can begin as early as October and can last as late as May. Flu vaccines should be administered prior to exposure to influenza. The peak of influenza activity varies from year to year, but generally occurs in the U.S. between late December and early March. Every year in the United States, more than 200,000 people are hospitalized with influenza and about 36,000 people die from its complications. While it is best to be immunized as soon as the vaccine is available, usually in September, getting the vaccine any time during influenza season is also appropriate because the influenza season often peaks late.

**Will I need to receive an influenza vaccine every year?**

Yes. Because yearly variation in the influenza strains is possible, annual immunization with an influenza vaccine is recommended.

**Where can I obtain additional information?**

We recommend that that you talk to your health care provider when you have any questions related to the medication(s) you receive. He or she can also suggest other sources of information.

Call your local or state health department.

Contact the Centers for Disease Control and Prevention (CDC):
Call 1-800-232-2522 (English)
Call 1-800-232-0233 (Español)
Visit the CDC website at http://www.cdc.gov/ncidod/diseases/flu/

Updated: May 19, 2008